**FILED**

FEB 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  Tiffany Sodano
   Pro Se
   1620 Miekle Ave #324
2  Woodland, CA 95776

3

4  Tiffany Sodano

5                                        Case No.:
                                         2: 1 2 - CV - 0 4 2 5 GEB KJN PS

6           Plaintiff,                   NOTICE OF REMOVAL OF CIVIL ACTION
                                         FROM STATE COURT TO UNITED STATES
7       vs.                              DISTRICT COURT EASTERN DISTRICT OF
   Chase Manhattan Bank USA, na          CALIFORNIA
8  (previously known as Bank One Card
   Services)
9           Defendant

10

11  _____

12      .

13  TO THE JUDGES OF THE UNITED STATE DISTRICT COURT FOR THE EASTERN DISTRICT OF

14  CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNIES OF RECORD:

15      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. & 1441(a), Plaintiff

16  Tiffany Sodano APPEARING SPECIALLY as assignee of certain assets and

17  liabilities of myself hereby removes the above-entitled action from the

18  Superior Court for the State of California, in and for the County of

19  Riverside, Civil Division, to the United States District Court for the

20  Eastern District of California, based on the following facts:

21      1. A complaint was originally filed against Bank One Card Services in

22          February of 2005.  A proof of service for that complaint was filed

23          in March of 2005.  That proof of summons is attached.

24      Attached as Exhibit A

25

1    2. Chase was also served in Delaware because, at that time, they were

2          not doing business as a bank in California.

3    Attached as Exhibit B

4    3. The name Bank One Card Services was amended on the complaint June

5          22, 2005. The name no longer exists. Bank One Card services had been

6          bought out by Chase Manhattan Bank.

7    Attached as Exhibit C

8    4. Chase was properly served on August 2, 2006 in person to a Mr. Ely

9          Livingston. Who, by his own admission was an agent for service? We

10         communicated to Mr. Livingston that a case was filed against his

11         client and that we would be serving him. HE DID NOT RESPOND! So, we

12         served him. CHASE DOES NOT DISPUTE THAT HE WAS SERVED BUT THAT IT

13         WAS AN IMPROPER SERVICE.

14    5. On October 20th, 2006 a judgment was won against Bank One Card

15         Services (NOW KNOWN as Chase Manhattan Bank USA, Na).

16    Attached as Exhibit D

17    6. Because Chase did not respond to the three previous services upon

18         them, In MAY of 2007, we served the CEO of Chase Manhattan Bank USA,

19         Na in his NEW YORK office. After he received service, he notified

20         his attorneys who then contacted us regarding settlement. I have

21         attached the letter sent to the CEO.

22    Attached as Exhibit E

23    7. Response from Chase indicates that the attorneys were aware of the

24         case either from service upon Eli Livingston or the CEO of Chase in

25

1  New York. Thus, the attorney's from Chase offered a settlement a

2  settlement but, never followed through.

3  Attached as Exhibit F

4  8. Chase was served as here in California July 30, 2007 to CT

5  CORPORATION SERVICES, another company is recognized by the

6  California Secretary of State as the agent for service for Chase

7  Manhattan Bank USA, Na.

8  Attached as Exhibit G

9  Attached is a copy of the signature card

10  9. A Writ of Execution was filed after Chase became a physical location

11  doing business here in the State of California. They did not answer

12  the Writ of Execution or act upon it. Instead they filed a suit

13  against me in order to skate around their failure to answer the

14  complaint that was properly served.

15  Attached as Exhibit H

16  10.  The defendants Chase had been properly served numerous times,

17  each time the defendants have failed to answer service. According

18  to the CCP rules when a person who is an executive of the

19  corporation or a secretary or someone within the actual corporation

20  is served, that service is considered good.

21  11.  Chase has NEVER been made to answer this complaint, AT ANY TIME

22  as has never actually APPEARED in court to face me and answer for

23  their actions nor to take action on the basis of my complaint.

24  12.  Chase is claiming that they do not have to acknowledge this

25  judgment because they CLAIM they were not aware of it.  Which has

1    been shown through my evidence and there offer of settlement is
2    preposterous.

3    13.    On January 6, 2012, an action was filed in the Civil Division of
4         the Superior Court for the State of California, for the County of
5         Riverside, entitled Tiffany Sodano v. Bank One Card Services.  I ask
6         that this hearing be granted a move from State Court to United
7         States District Court in the interest of Justice.

8    14.    I pray that the court demand that the defendants answer the
9         original complaint and allow me to have my day in court over the
10        reasons that the complaint was filed in the first place.

11   I, under penalty of perjury, state that all I am saying is true and
12   correct.

13

14                                          Dated February 17, 2012

15

16                                          Tiffany Sodano, In Pro Per

17

18

19

20

21

22

23

24

25

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>none, none<br>LAW OFFICE OF STEVEN H BLOCK<br>501 YORK RD<br>TOWSON, MA 21204--510<br>TELEPHONE NO.: (410) 296-8822<br>ATTORNEY FOR (Name): In Pro Per | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>Superior Court of Riverside County    BY FAX<br>4050 Main Street<br>Riverside, CA 92501 | |
| PLAINTIFF/PETITIONER: Tiffany Sodano<br><br>DEFENDANT/RESPONDENT: Chase Manhattan Bank USA, NA | CASE NUMBER:<br>RIC-426403 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons;Complaint;Civil Case Cover Sheet;Proof of Service;Amendment to Complaint

3. a. Party served: Chase Manhattan Bank USA, NA (Doe 1)

   b. Person Served: Rory W. Clark - Person authorized to accept service of process

4. Address where the party was served: 5743 Corsa Ave 215
                                        Westlake Village, CA 91362

5. I served the party
   b. by substituted service. On (date): August 1, 2005    at (time): 2:00 pm    I left the documents listed in item 2 with or in the presence of: Rosemary Givens-Person in charge
      (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Chase Manhattan Bank USA, NA (Doe 1)

   under:    CCP 415.95 (Business Organization Form Unknown)

7. Person who served papers
   a. Name:        Jay Thayer
   b. Address:     One Legal, Inc. - 132-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 74.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 129
         (iii) County VENTURA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: August 11, 2005

Jay Thayer
(NAME OF PERSON WHO SERVED PAPERS)                                        (SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>(Rev. July 1, 2004)    PROOF OF SERVICE OF SUMMONS    Code of Civil Procedure, § 417.10

FF# 6605480

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): none, none LAW OFFICE OF STEVEN H BLOCK 501 YORK RD TOWSON, MA 21204-510 | TELEPHONE NO.: (410) 296-8822 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): In Pro Per | Ref. No. or File No.: none | |
| Insert name of court, judicial district or branch court, if any: Superior Court of Riverside County 4050 Main Street Riverside, CA 92501 | | |
| PLAINTIFF: Tiffany Sodano | | |
| DEFENDANT: Chase Manhattan Bank USA, NA | **BY FAX** | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER: RIC-426403 |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On August 1, 2005, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons;Complaint;Civil Case Cover Sheet;Proof of Service;Amendment to Complaint

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

Chase Manhattan Bank USA, NA (Doe 1)
Rory W. Clark
5743 Corsa Ave, 215
Westlake Village, CA 91362

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 74.00

Maria Oung
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on August 11, 2005 at Los Angeles, California.

Maria Oung

FF# 6505480

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Tiffany Sorano 2119 almeria St 103 Corana, Ca. 92879 | |

TELEPHONE NO.: 951-279/530　FAX NO.:

ATTORNEY FOR (Name): Superior Court of California

SUPERIOR COURT OF CALIFORNIA, COUNTY OF County of Riverside
STREET ADDRESS:
MAILING ADDRESS: 4050 Main St., (P. O. Box 431)
CITY AND ZIP CODE: Riverside, CA 92502-0431
BRANCH NAME:

CASE NAME: Sorano vs Bork one Cord Service Usa Pne

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: RIC 426-103 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 1811) | JUDGE: DEPT.: |

*All five (5) items below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[X] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[X] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800–1812)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental /Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties　d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve　e. [ ] Coordination with related actions pending in one or more courts in other counties, states or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence　f. [ ] Substantial post-judgment judicial supervision
3. Type of remedies sought (check all that apply):
   a. [X] monetary　b. [X] nonmonetary; declaratory or injunctive relief Fraud, violation of fair billing act, violation　c. [X] punitive act, violation
4. Number of causes of action (specify) Fred, debt Reporting act violation of federal law
5. This case [ ] is [X] is not a class action suit. debt Collection practice
Date:
T. Tany Sorano

_____　_____
(TYPE OR PRINT NAME)　(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate, Family, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2003]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 201.8, 1800–1812;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov
American LegalNet, Inc.
www.USCourtForms.com

982.1(20)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*

FOR COURT USE ONLY

Tiffany Sosano
2110 Almeria St 103
Corona, Ca 92879

TELEPHONE NO: 951-279-1530 FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):* Tiffanysosano@sbcglobal.net

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside

Superior Court of California
County of Riverside

STREET ADDRESS: 4050

MAILING ADDRESS:

CITY AND ZIP CODE: 4050 Main St., (P. O. Box 431)

BRANCH NAME: Riverside, CA 92502-0431

**FILED**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

FEB 28 2005

PLAINTIFF: Tiffany Sosano

DEFENDANT: Bank one Card Services/Visa Inc

☐ DOES 1 TO 10

|  |  |
|---|---|
| **CONTRACT** | |
| ☒ **COMPLAINT** | ☐ **AMENDED COMPLAINT** *(Number):* |
| ☐ **CROSS–COMPLAINT** | ☐ **AMENDED CROSS–COMPLAINT** *(Number):* |

Jurisdiction *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
　Amount demanded ☐ **does not exceed $10,000**
　　　　　　　☐ **exceeds $10,000, but does not exceed $25,000**
☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint**
　　☐ **from limited to unlimited**
　　☐ **from unlimited to limited**

CASE NUMBER:

RIC426403

1. PLAINTIFF* *(names):* Tiffany Sosano

　alleges causes of action against DEFENDANT* *(names):* Bank one Card Services/Visa ~~Ltd Co~~ Inc

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult
　　☐ except plaintiff *(name):*
　　　　☐ a corporation qualified to do business in California
　　　　☐ an unincorporated entity *(describe):*
　　　　☐ other *(specify):*

　b. ☐ Plaintiff *(name):*
　　　　☐ has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

　　　　☐ has complied with all licensing requirements as a licensed *(specify):*
　c. ☐ Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3c.

4. a. Each defendant named above is a natural person
　　☒ except defendant *(name):* Bank one Card services　　☐ except defendant *(name):*
　　　　☒ a business organization, form unknown　　　　☐ a business organization, form unknown
　　　　☒ a corporation　　　　　　　　　　　　　☐ a corporation
　　　　☐ an unincorporated entity *(describe):*　　　☐ an unincorporated entity *(describe):*

　　　　☐ a public entity *(describe):*　　　　　　☐ a public entity *(describe):*

　　　　☐ other *(specify):*　　　　　　　　　　☐ other *(specify):*

Page 1 of 2

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
982.1(20) [Rev. July 1, 2002]

**COMPLAINT—Contract**

Code of Civ. Proc., § 425.12

American LegalNet, Inc.
www.USCourtForms.com

**COMPLAINT—Contract**

4. *(Continued)*
   b. The true names and capacities of defendants sued as Does are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Complaint—Attachment 4c.
   d. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names):*

5. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ plaintiff has complied with applicable claims statutes, or
   b. ☐ plaintiff is excused from complying because *(specify):*

6. ☐ This action is subject to ☒ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☒ the contract was to be performed here.
   e. ☒ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☐ Breach of Contract          ☐ Common Counts
   ☐ Other *(specify):*

9. ☐ Other:

10. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of: $ 11,999.89
    b. ☐ interest on the damages
       (1) ☐ according to proof
       (2) ☐ at the rate of        percent per year from *(date):*
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☐ other *(specify):*

11. ☐ The following paragraphs of this pleading are alleged on information and belief *(specify paragraph numbers):*

Date: 2/28/05

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

## SUPERIOR COURT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA

- [ ] **BANNING** 155 E. Hays, Banning, CA 92220
- [ ] **BLYTHE** 265 North Broadway, Blythe, CA 92225
- [ ] **HEMET** 880 N. State St., Hemet, CA 92543
- [ ] **INDIO** 46-200 Oasis St., Indio, CA 92201

- [ ] **MURRIETA** 30765-D Auld Road, Murrieta, CA 92563
- [x] **RIVERSIDE** 4050 Main St., Riverside, CA 92501
- [ ] **RIVERSIDE** 4175 Main St., Riverside, CA 92501
- [ ] **TEMECULA** 41002 County Center Dr., #100, Temecula, CA 92591

Name and Address
Tiffany Sosano
2110 ameria St. 103
Corona, Ca 92879

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

FEB 28 2005

Attorney for Plaintiff
or Party without Attorney

Tiffany Sosano     **Plaintiff(s)**

vs.

Bank one Card Services / Visa
Inc

      **Defendant(s)**

CASE NO. RIC 426403

**CERTIFICATE OF COUNSEL**

The undersigned certifies that this matter should be tried or heard in the Court for the following reason:

- [x] The action arose in this judicial district.

- [ ] The action concerns real property located in this judicial district.

- [x] The defendant resides in this judicial district.

Dated: 02/28/05

Signed by: _____
ATTORNEY FOR PLAINTIFF(S)
OR PARTY WITHOUT ATTORNEY

# SUPERIOR COURT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA

| | | |
|---|---|---|
| ☐ BANNING 155 E. Hays, Banning, CA 92220 | ☐ MURRIETA 30755-D Auld Road, Murrieta, CA 92553 | |
| ☐ BLYTHE 265 North Broadway, Blythe, CA 92225 | ☒ RIVERSIDE 4050 Main St., Riverside, CA 92501 | |
| ☐ HEMET 880 N. State St., Hemet, CA 92543 | ☐ RIVERSIDE 4175 Main St., Riverside, CA 92501 | |
| ☐ INDIO 46-200 Oasis St., Indio, CA 92201 | ☐ TEMECULA 41002 County Center Dr., #100, Temecula, CA 92591 | |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Tiffany Sodano 2110 Almeria Stree, #103 Corona, California 92879 <br><br> TELEPHONE NO.: (951) 279-1530  FAX NO.: <br> ATTORNEY FOR (Name): Plaintiff In Pro Per | **F I L E D** <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF RIVERSIDE <br><br> **JUN 22 2005** |
| TITLE OF CASE: Tiffany Sodano vs. BankOne Card Services, et al. | |

| **AMENDMENT TO** ☒ **Complaint**  ☐ **Cross-Complaint** | CASE NUMBER: RIC-426403 |
|---|---|

## FICTITIOUS NAME (No order required)

Upon filing the complaint* herein, plaintiff(s) being ignorant of the true name of a defendant and having designated said defendant in the complaint by the fictitious name of  DOE 1  and having discovered the true name of the said defendant to be  CHASE MANHATTAN BANK USA, N.A.

hereby amends the complaint by inserting such true name in place and stead of such fictitious name wherever it appears in said complaint.

PLAINTIFF: IN PRO PER

Dated: JUNE 22, 2005

_____
TYPED NAME & SIGNATURE OF ATTORNEY
Tiffany Sodano

## INCORRECT NAME (Requires order thereon)

Plaintiff(s) having designated a defendant in the complaint* by the incorrect name of

and having discovered the true name of the said defendant to be

hereby amends the complaint by inserting such true name in place and stead of such incorrect name wherever it appears in said complaint.

Dated:

_____
TYPED NAME & SIGNATURE OF ATTORNEY
Tiffany Sodano

## ORDER

Proper cause appearing, plaintiff(s)* allowed to file the above amendment to the complaint.*

Dated:

_____
JUDGE OF THE SUPERIOR COURT

*Complaint means a cross-complaint.  Plaintiff means a person who files a complaint or cross-complaint (C.C.P. 426.10).

| (Rev. 7-1-03) | **AMENDMENT TO** ☐ **Complaint**  ☐ **Cross-complaint** | RI-025 |

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address:
Tiffany Sodano
2110 Aleria St., #108
Corona, CA 92879
TELEPHONE NO 951-279-1530    FAX NO. (Optional)
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Riverside**
STREET ADDRESS: 4050 Main St.
MAILING ADDRESS: Riverside, CA 92501
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 0 7 2005

PLAINTIFF/PETITIONER: Tiffany Sodano
Chase Manhatten Bank /USA NA
DEFENDANT/RESPONDENT:

CASE NUMBER: 426403
ᵉᵗᶜ

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Notice of Trial Deptment Assignment. Certificate of Consel.
3. a. Party served *(specify name of party as shown on documents served)*:
   
   Chase Manhattan Bank /USA NA

   b. Person served: [X] party in item 3a [ ] other *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: P.0. Box 15548, Wilmington, DE 19886

5. I served the party *(check proper box)*
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:         (2) at *(time)*:
   b. [ ] by substituted service. On *(date)*:         at *(time)*:         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:         from *(city)*:         or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 (Rev. Jan 1, 2004)
PROOF OF SERVICE OF SUMMONS
Code of Civil Procedure, § 417.10
LexisNexis LexisNel, Inc
www.USCourtForms.com

| PLAINTIFF/PETITIONER: | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: | |

c. ☒ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* March 28,2005          (2) from *(city):* Towson, MD

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

(4) ☒ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* Chase Manhatten Bank/USA NA

   under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**
   a. Name: Steven H. Block
   b. Address: 501 York Rd., 5Owson, MD 21204
   c. Telephone number: 410-296-8822
   d. The fee for service was: $
   e. I am:

   (1) ☒ not a registered California process server. I am an Attorney
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ registered California process server.
       (i) ☐ owner ☐ employee ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:

<u>Steven H. Block</u>
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE )

RIC426403

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

1. Article Addressed to:

Chase Bank
Card Member Servies
P.O. Box 15548
Wilmington, DE
          19886-5548

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAR 2 8 2005

3. Service Type.
☐ Certified Mail      ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)     7003 2260 0004 3999 1016

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

530-661-2640

### STANLEY WEINBERG & ASSOCIATES
1200 ROOSEVELT RD, SUITE 201
GLEN ELLYN, IL 60137
(630) 705-9900

*Exhibit [illegible] Eli Livingston*

April 7, 2005

Tiffany A. Sodano
Take Time Out
2110 Almeria St. #103
Corona, CA 92879

| | |
|---|---|
| Ref: | Chase Manhattan Bank USA, N.A. as successor in interest to Bank One Delaware, NA. |
| Account No.: | 4246-3119-0991-3409 |
| Agency ID No.: | FUSX34080 |
| Balance Due: | $14,188.20 |

Ms. Tiffany A. Sodano:

In regards to the Chase Manhattan Bank USA, N.A. as successor in interest to Bank One Delware, N.A. card account referenced above, it is agreed that Stanley Weinberg & Associates will accept Fourteen Thousand One Hundred Eighty Eight Dollars and Twenty Cents($14,188.20) on behalf of our client as paid in full. Your payment must be received in our office by 04/20/2005 .

Our receipt and acceptance of this payment by the due date, via Overnight Courier of your Choice or Check by Phone, shall constitute your full and final release from any and all claims, actions, causes of action, and liabilities of any kind now existing or hereafter arising in connection with your account.

Kindly acknowledge this agreement by signing at the space provided below. Please return this document to this office at the above address by U.S. Mail, as well as by facsimile, (Fax No. 630 705-9400).

Sincerely,

*[signature]*

Stanley Weinberg & Associates
By Eli Levinstein, Acting Agent for Chase Manhattan Bank USA, N.A. as successor in interest to Bank One Delaware, NA.

Acknowledged and Agreed

By: _____
     (Signature)

*1st correspondence from Chase to myself*

LAW OFFICES OF

## STEVEN H. BLOCK, P.C.

501 YORK ROAD
TOWSON, MD 21204
(410) 296-2222
TeleFax (410) 321-7340

Attorney at Law
**STEVEN H. BLOCK**

SANDRA M. ALLMAN, Assistant / Office Manager
KATHLEEN C. FITZGERALD, Accounts Coordinator

April 18, 2005

Eli Levenstein
Stanley Weinberg & Assoc.
1200 Roosevelt Rd. #201
Glen Ellyn, IL 60137

Re:  Chase Manhattan Bank, USA, NA
     successor to BankOne Delaware, NA
     Tiffany A. Sodano t/a Take Time Out
     Account #4246-3119-0991-3409

Dear Mr. Levenstein,

     You have written to Ms. Sodano on behalf of Chase Manhattan
Bank, USA.  You may not be aware that Ms. Sodano has already
brought suit in the Riverside, California Superior Court against
Chase Manhattan Bank, USA to remove this charge from her records.
The case number of that matter is RIC 426403 and was filed
February 28, 2005.

     In a nutshell, Ms. Sodano was the victim of a theft at her
home.  The thief stole, among other items, the two credit checks
were from the basis of your client's claim.  The thief forged Ms.
Sodano's signature.  Ms. Sodano provided BankOne with all
requested information and signed all requested forms and
affidavits so BankOne could pursue the correct party.  If you
need her to again, repeat this course of action she will be
willing to do so.  Please forward any such items via this office.

     It should also be noted to you that paperwork from another
bank was also stolen from her at that same time.  The other bank,
after review has canceled any charges to Ms. Sodano's account.

     If you or anyone at Chase Manhattan wishes to discuss this
with me any further, please call at my number above.

                              Very truly yours,

                              Steven H. Block

SHB:sma

cc: Tiffany Sodano

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TIFFANY Sodano 103<br>2110 almeria st 103<br>Corona Ca 92879<br>TELEPHONE NO.: 951 279 1630  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): IN PRo PER | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>OCT 20 2006 |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: Superior Court of California<br>MAILING ADDRESS: County of Riverside<br>CITY AND ZIP CODE: 4050 Main St., (P.O. Box 431)<br>BRANCH NAME: Riverside, CA 92502-0431 |

| PLAINTIFF/PETITIONER: |
|---|
| DEFENDANT/RESPONDENT: |

| REQUEST FOR<br>(Application) | [ ] Entry of Default | [ ] Clerk's Judgment | CASE NUMBER: |
|---|---|---|---|
| | [X] Court Judgment | | 26403 |

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date):
   b. by (name): TIFFANY Sodano
   c. [X] Enter default of defendant (names):
      Chase Manhattan Bank, USA NA
   d. [X] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):
      Chase Manhattan Bank, USA, NA
      (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
      (3) [ ] for default previously entered on (date):

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint ............ | $ 11,120.47 | $ | $ 11,120.47 |
| b. Statement of damages * | | | |
| (1) Special ................. | $ | $ | $ |
| (2) General ................. | $ | $ | $ |
| c. Interest ................. | $ | $ | $ |
| d. Costs (see reverse) ............ | $ 412.00 | $ | $ 412.00 |
| e. Attorney fees ................ | $ | $ | $ |
| f. TOTALS ................. | $ 11,532.47 | $ | $ 11,532.47 |

   g. Daily damages were demanded in complaint at the rate of: $    per day beginning (date):
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [ ] (Check if filed in an unlawful detainer case) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: 10-14-06

Tiffany Sodano
(TYPE OR PRINT NAME)      (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| | (1) [ ] Default entered as requested on (date): |
|---|---|
| FOR COURT<br>USE ONLY | (2) [ ] Default NOT entered as requested (state reason): |
| | Clerk, by _____, Deputy |

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>982(a)(6) [Rev. February 18, 2005] | REQUEST FOR ENTRY OF DEFAULT<br>(Application to Enter Default) | Code of Civil Procedure,<br>§§ 585-587, 1169<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.USCourtForms.com |
|---|---|---|

PLAINTIFF/PETITIONER: Tiffany Solano

DEFENDANT/RESPONDENT: Chase Manhattan Bank (USA)

CASE NUMBER: RIC 426903

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did ☐ did not for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

a. Assistant's name:
b. Street address, city, and zip code:

c. Telephone no.:
d. County of registration:
e. Registration no.:
Expires on *(date):*

5. ☒ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action

a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** *(Code Civ. Proc., § 587).* A copy of this *Request for Entry of Default* was

a. ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names):*

b. ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
(1) Mailed on *(date):* 9/24/2006    (2) To *(specify names and addresses shown on the envelopes):*
Eli Lewiston Acting Agent SC
1200 Rosengoo Rd SC 201
Glen Ellyn, IL 60137  Chase Manhattan

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: 10-14-06

Tiffany Solano
*(TYPE OR PRINT NAME)*                                    *(SIGNATURE OF DECLARANT)*

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

a. Clerk's filing fees ................... $ 328.00
b. Process server's fees ................. $ 84.00
c. Other *(specify):* ..................... $
d. ....................................... $
e. **TOTAL** .............................. $ 412.00
f. ☐ Costs and disbursements are waived.
g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 10-14-06

Tiffany Solano
*(TYPE OR PRINT NAME)*                                    *(SIGNATURE OF DECLARANT)*

8. ☐ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 10-14-06

Tiffany Solano
*(TYPE OR PRINT NAME)*                                    *(SIGNATURE OF DECLARANT)*

982(a)(6) [Rev. February 18, 2006]        **REQUEST FOR ENTRY OF DEFAULT**        Page 2 of 2
(Application to Enter Default)

PAGE 14/31        STEVEN BLOCK LAW        4108317340    16:27  02/09/2011

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

TIFFANY Sodano
2110 Almeria St. 103
Corona Ca 92879
TELEPHONE NO: 951 279 1530 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): IN PRO PER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 4050 Main St.   Superior Court of California
MAILING ADDRESS: 4050 main St.   County of Riverside
CITY AND ZIP CODE: Riverside Ca 92501   4050 Main St., (P.O. Box 431)
BRANCH NAME: Civil   Riverside, CA 92501-0431

PLAINTIFF: Tiffany Sodano

DEFENDANT: Chase Manhattan Bank, USA NA

FOR COURT USE ONLY

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

OCT 20 2006

GEK

| JUDGMENT | | |
|---|---|---|
| ☐ By Clerk   ☒ By Default | ☐ After Court Trial | |
| ☒ By Court   ☐ On Stipulation | ☐ Defendant Did Not Appear at Trial | |

CASE NUMBER:
RIC 426403

**JUDGMENT**

1. ☒ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear or defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ Clerk's Judgment (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☒ Court Judgment (Code Civ. Proc., § 585(b)). The court considered
      (1) ☒ plaintiff's testimony and other evidence.
      (2) ☒ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court   ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time):
      before (name of judicial officer):
   b. Appearances by:
      ☐ Plaintiff (name each):          ☐ Plaintiff's attorney (name each):
         (1)                               (1)
         (2)                               (2)
      ☐ Continued on Attachment 3b.

      ☐ Defendant (name each):          ☐ Defendant's attorney (name each):
         (1)                               (1)
         (2)                               (2)
      ☐ Continued on Attachment 3b.

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not   ☐ was   requested.

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Page 1 of 3

Code of Civil Procedure, §§ 585, 664.6
American LegalNet, Inc.
www.USCourtForms.com

STEVEN BLOCK LAW
410321734Ø   16:27   02/09/2011
PAGE 09/31

PLAINTIFF: Tiffany Sodano
DEFENDANT: Chase manhattan bank, USA N.A.

CASE NUMBER: RIC426403

JUDGMENT IS ENTERED AS FOLLOWS BY: [X] THE COURT [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [X] for plaintiff (name each): Tiffany Sodano          c. [ ] for cross-complainant (name each):

   and against defendant (names): Chase Manhattan          and against cross-defendant (name each):
   Bank USA, N.A.

   [ ] Continued on Attachment 5a.                          [ ] Continued on Attachment 5c.

   b. [ ] for defendant (name each):                        d. [ ] for cross-defendant (name each):

6. **Amount.**
   a. [X] Defendant named in item 5a above must          c. [ ] Cross-defendant named in item 5c above must pay
      pay plaintiff on the complaint:                         cross-complainant on the cross-complaint:

| | | | | | |
|---|---|---|---|---|---|
| (1) [X] Damages | $ 8883.84 | | (1) [ ] Damages | $ |
| (2) [X] Prejudgment interest at the annual rate of % | $ 1359.56 | | (2) [ ] Prejudgment interest at the annual rate of % | $ |
| (3) [ ] Attorney fees | $ | | (3) [ ] Attorney fees | $ |
| (4) [X] Costs | $ 412.00 | | (4) [ ] Costs | $ |
| (5) [X] Other (specify): Fair Debt penalty | $ 1000.00 | | (5) [ ] Other (specify): | $ |
| (6) TOTAL | $ 11055.40 | | (6) TOTAL | $ |

   b. [ ] Plaintiff to receive nothing from defendant          d. [ ] Cross-complainant to receive nothing from
      named in item 5b.                                            cross-defendant named in item 5d.
      [ ] Defendant named in item 5b to recover                   [ ] Cross-defendant named in item 5d to recover
          costs $                                                     costs $
      [ ] and attorney fees $                                     [ ] and attorney fees $

7. [X] Other (specify): Defendant is to remove all negative credit reporting as to Tiffany Sodana by either defendant or Bank One Card Services

Date: 10-20-06                              [ ] _____
                                                JUDICIAL OFFICER
                                                JOAN F. BURGESS

Date: _____        [ ] Clerk, by _____, Deputy

(SEAL)

CLERK'S CERTIFICATE (Optional)
I certify that this is a true copy of the original judgment on file in the court.

Date: _____

Clerk, by _____, Deputy



# California Business Portal

Secretary of State DEBRA BOWEN

| BUSINESS PORTAL | ELECTED OFFICIALS | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

## Corporations

**New Search**
**Search Tips**
**Field Definitions**
**Status Definitions**
**Name Availability**
**Corporate Records**
**Business Entities Records Order Form**
**Certificates Copies**
**Status Reports**
**FAQs**
**Corporations Main Page**
**Site Search**

The information displayed here is current as of "APR 27, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

Results of search for " chase manhattan "

*Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C2063060 | 12/15/1997 | forfeited | **CHASE FINANCIAL CORPORATION, DOING BUSINESS IN CALIFORNIA AS CHASE MANHATTAN FINANCIAL CORPORATION** | C T CORPORATION SYSTEM |
| C1330527 | 2/4/1985 | active | **CHASE MANHATTAN ESTATES HOMEOWNERS ASSOCIATION** | LORI A GOOD |
| C1121821 | 9/1/1982 | merged out | **CHASE MANHATTAN FINANCIAL CORPORATION** | C T CORPORATION SYSTEM |
| C1258617 | 10/10/1984 | surrender | **CHASE MANHATTAN FUTURES CORPORATION** | C T CORPORATION SYSTEM |
| C1118280 | 7/28/1982 | surrender | **CHASE MANHATTAN GOVERNMENT SECURITIES, INC.** | C T CORPORATION SYSTEM |
| C1516171 | 11/8/1990 | dissolved | **CHASE MANHATTAN INSURANCE SERVICES OF CALIFORNIA, INC.** | C T CORPORATION SYSTEM |
| C0754562 | 9/23/1975 | surrender | **CHASE MANHATTAN LEASING CORPORATION** | C T CORPORATION SYSTEM |
| C0764713 | 3/3/1976 | active | **CHASE MANHATTAN MORTGAGE CORPORATION** | C T CORPORATION SYSTEM |
| C1086329 | 8/13/1981 | dissolved | **CHASE MANHATTAN OF CALIFORNIA THRIFT CORPORATION** | C T CORPORATION SYSTEM |
| | | | **CHASE MANHATTAN** | C T |

02/09/2011  16:27    4103217340        STEVEN BLOCK LAW                    PAGE  29/31

| C1012758 | 12/18/1980 | forfeited | PERSONAL FINANCIAL SERVICES, INC. | CORPORATION SYSTEM |
| C1583310 | 4/1/1987 | forfeited | CHASE MANHATTAN REALTY LEASING CORPORATION | C T CORPORATION SYSTEM |
| C0639008 | 11/12/1971 | surrender | CHASE MANHATTAN SERVICE CORPORATION | C T CORPORATION SYSTEM |
| C1148641 | 8/10/1983 | forfeited | CHASE MANHATTAN TREASURY CORPORATION | ** RESIGNED ON 08/30/1991 |

Copyright ©2001 California Secretary of State. Privacy Statement.

BALTIMORE MD 212

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

CT Corporation Systems
818 W. Seventh St. 2nd Fl.
Los Angeles, CA 9001 7

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   JUL 2007  PM   ☐ Agent
X  Rudy Reeves          ☐ Addressee

B. Received by (Printed Name)   | C. Date of Delivery
   RUDY REEVES              | 7.2N0

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)

7007 0220 0000 9340 3003

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

9/28/11                Superior Court of California, County of Riverside
                              Register of Actions                    Page:    1
                            www.riverside.courts.ca.gov
------------------------------------------------------------------------------
Case Number :    RIC426403
Case Type  ..: RIVERSIDE CIVIL
Category  ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
==============================================================================

Complaint Type : Complaint                              Filed :   2/28/05
Disposition ...: Judgment
Date ..........: 10/20/06

Plaintiff(s):                      | Defendant(s):

TIFFANY  SODANO          Jud.Fo | BANK ONE CARD              Dismisse
                                 | SERVICES/VISA INC
ATTORNEY:                        |
Pro/Per                          |
                                 | CHASE MANHATTEN BANK USA,     Judgment
                                 | N.A.
                                 |
                                 | and DOES   2 through  10 Dismissed

---

Action
 Date    Description                                      Disposition
         -------------------------
2/28/05  Complaint Filed Fast Track - Summons Issued.       -
         Receipt: 050228-0364         $328.00
         -------------------------
         Certificate of Counsel filed.                      -       
         -------------------------
         Non Proof of Service Hearing set for  5/06/05 at
         8:00 in Dept CLERK
         -------------------------
         Directly Assigned to Department 06 for ALL
         PURPOSES
         -------------------------
         Copies made                                        -
         Receipt: 050228-0369         $3.00
         -------------------------
5/06/05  Non-Proof of Service (non-appearance) Hearing    OSC/SET
         Dept.: CLERK Time :  8:00
         OSC Hearing re: Why Sanctions of $150.00 should
         not be ordered on the Complaint of SODANO as to
         BANK ONE CARD SERVICES/VISA INC for failure to
         file Proof of Service of Summons and Complaint
         set for 07/07/05 at  8:30 in Dept. 06
         Order to Show Cause Issued

```
                         Superior Court of California, County of Riverside
    9/28/11              Register of Actions                         Page:    2
                              www.riverside.courts.ca.gov
```
---------------------------------------------------------------------------
```
Case Number :    RIC426403
Case Type ..: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
```
===========================================================================
                   -------------------------
    5/26/05    Case Re-Assigned to Department 06 for ALL PURPOSES
              Notice sent to TIFFANY  SODANO  on  5/26/05.
                   -------------------------
    5/27/05    Case Re-Assigned to Department 06 for ALL PURPOSES
              Notice sent to TIFFANY  SODANO  on  5/27/05.
                   -------------------------
    6/22/05    Amendment to Complaint of SODANO naming Does 01
              to be CHASE MANHATTEN BANK USA, N.A.  .  filed.
                   -------------------------
              Non-Proof of Service Hearing on Doe Amendment set
               7/22/05, @  8:00 in Dept. CLERK
                   -------------------------
    7/07/05    OSC Hearing why Sanctions of $150.00 on the            Continue
              Complaint of SODANO  as to BANK ONE CARD
              SERVICES/VISA INC should not be ordered for
              failure to file Proof of Service of Summons
              Dept.: 06    Time :  8:30
              Notice sent to TIFFANY  SODANO  on  5/06/05.
              Judge Pro Tem Robert Schnabel presiding.
              Clerk: C. Ortiz
              Court Reporter: T. N. Fehlman
              No appearance made by either party in open Court
              when the case was called.
              Hearing (same) continued to 07/22/05 at  8:30 in
              Dept 06.
              Notice to be given by clerk.
              Notice sent to TIFFANY  SODANO  on  7/07/05.
                   -------------------------
              Proof of Service by MAIL on the Complaint of           -
              SODANO served on CHASE MANHATTEN BANK USA, N.A.
              .  filed; Date of mailing 03/28/05
                   -------------------------
    7/22/05    Non-Proof of Service Hrg Complaint of SODANO as       Vacated
              to Doe CHASE MANHATTEN BANK USA, N.A.  .
              Dept.: CLERK Time :  8:00
              Hearing Vacated - POS filed
                   -------------------------
              OSC Hearing why Sanctions of $150.00 on the            Continue
              Complaint of SODANO  as to BANK ONE CARD
              SERVICES/VISA INC should not be ordered for
              failure to file Proof of Service of Summons
              Dept.: 06    Time :  8:30
              Notice sent to TIFFANY  SODANO  on  7/07/05.
```

```
    .     .
  .    .         Superior Court of California, County of Riverside
  9/28/11              Register of Actions                    Page:    3
                      www.riverside.courts.ca.gov
```
-----------------------------------------------------------------------

```
Case Number :   RIC426403
Case Type ..: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
```
===========================================================================

           Honorable Judge Edward D. Webster, Presiding
           Clerk: L. Martin
           Court Reporter: D. Andrews
           TIFFANY SODANO represented by PRO/PER - Tiffany
           Sodano present.
           Hearing (same) continued to 09/26/05 at  8:30 in
           Dept 06.
           ------------------------

  8/12/05  Proof of Service (Sub-Served and Mailed) on          -
           Complaint of SODANO as to CHASE MANHATTEN BANK
           USA, N.A.  . ; mailing date of 08/01/05 filed.
           ------------------------

  9/13/05  Request for Entry of Default ONLY on the             -
           Complaint of SODANO as to CHASE MANHATTEN BANK
           USA, N.A.  .
           ------------------------

           Case Management Statement by TIFFANY SODANO filed  -
           Untimely Pursuant to CRC 212(g)(1)
           ------------------------

  9/26/05  Case Management Conference Hearing                 Dismisse
           Dept.: 06    Time :  8:30
           Honorable Commissioner Joan F. Burgess, Presiding
           Clerk: D. Cope
           Court Reporter: T. N. Fehlman
           TIFFANY SODANO present-Pro Per
           On the Complaint of SODANO Defendant/Cross
           Defendant BANK ONE CARD SERVICES/VISA INC Ordered
           dismissed.
           Without prejudice.
           Order to Show Cause to Issue RE: Dismissal on the
           Complaint of SODANO unless Judgment/Dismissal is
           entered prior to OSC set 12/05/05, at  8:30 in
           Department 06.
           Order to Show Cause Issued
           Clerk's Certificate of Mailing re: 9/26/05 Minute
           Order
           Notice sent to TIFFANY  SODANO  on  9/26/05.
           ------------------------

           OSC Hearing why Sanctions of $150.00 on the        Complete
           Complaint of SODANO  as to BANK ONE CARD
           SERVICES/VISA INC should not be ordered for
           failure to file Proof of Service of Summons
           Dept.: 06    Time :  8:30
           See previous minute order for orders made this
           date.

9/28/11          Superior Court of California, County of Riverside          Page:     4
                           Register of Actions
                          www.riverside.courts.ca.gov
--------------------------------------------------------------------------
Case Number :    RIC426403
Case Type ..: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
==========================================================================
                  ------------------------
10/03/05    Rejected Document: DEFAULT/CT JUDGMT PKG RCV'D      -
            9/30/05 submitted by TIFFANY SODANO.
            The court is unable to process the enclosed
            document(s) for the reason(s) indicated below:
            YOUR DOCUMENTS ARE INCOMPLETE AND DO NOT COMPLY
            WITH CALIFORNIA RULES OF COURT/RULE #388 (Copy
            of Rule provided for reference). (2) MANDATORY
            FORM 982(a)(6) IS INCOMPLETE AS HIGHLIGHTED (eg
            All dates missing) AND NOT A CLEAR COPY FOR
            IMAGING AS REQUIRED BY CRC 201(c)(1) (Copy of
            Rule provided). (3) NO PROPOSED JUDGMT (4) NO
            DISMISSAL FOR THE DOES 1-10 (5) NO 585 DECL (5)
            THERE ARE LOOSE DOCS WHICH NEED TO BE ATTACHED
            TO A DOCUMENT AND PREPARED AS EXHIBITS OR A FACE
            PAGE TO ID.  FORMS ARE PROVIDED (Request for
            Default, Judgmt, Dismissal)
            REJECT NOTICE PRINTED
            ------------------------
10/21/05    Declaration OF TIFFANY SODANO RE: CHASE BANK filed -
            ------------------------
10/27/05    Rejected Document: SUBMISSION OF EVIDENCE ONLY      -
            RCV'D 10/25/05 submitted by TIFFANY SODANO.
            The court is unable to process the enclosed
            document(s) for the reason(s) indicated below:
            YOUR ONE DOCUMENT DOES NOT COMPLY WITH CRC 388
            (Copy of Rule provided for your reference and
            the Judicial Council forms that may be required
            but you must make the determination what forms
            to submit) (2) BEFORE THE DEFAULT/CT JUDGMT CAN
            BE PROCESSED YOU MUST RETURN THE ORIGINAL
            SUMMONS WITH RETURNED DOCUMENTS.  WE CANNOT
            PROCESS THIS REQUEST WITHOUT THE ORIGINAL
            SUMMONS.
            (3) IF NO FORM AVAILABLE YOU MUST PREPARE YOU OWN
            DOCUMENT IN LEGAL FORMAT (CRC 201 provided for
            reference) (4) NO 585 DECL WAS SUBMITTED (5) A
            SASE IS REQUIRED WHEN SUBMITTING IN ORDER FOR
            THE COURT TO RETURN YOUR DOCUMENTS TO YOU and NO
            COPIES WERE PROVIDED TO RETURN FOR YOUR RECORDS.
            REJECT NOTICE PRINTED
            ------------------------
12/05/05    Order to Show Cause hearing why Dismissal on       Continue
            Complaint of SODANO should not be ordered unless
            Judgment or Dismissal is entered prior to
            12/05/05.
            Dept.: 06    Time :  8:30

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

------------------------------------------------------------------------------
Case Number :   RIC426403
Case Type ..: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
==============================================================================

Honorable Commissioner Joan F. Burgess, Presiding
Clerk: D. Cope
Court Reporter: T. N. Fehlman
TIFFANY SODANO present-Pro Per
Status of case is discussed
Ms. Sodano states further submittals have been
made
Hearing (same) continued to 03/03/06 at  8:30 in
Dept 06.
Clerk's Certificate of Mailing re: 12/5/05 Minute
Order
Notice sent to TIFFANY  SODANO  on 12/05/05.
-------------------------
Stipulation for the Appointment of Court            -
Commissioner as Temporary Judge filed.
-------------------------

12/16/05    Rejected Document: DEFAULT/CT JUDGMT PKG RCVD      -
            12/5/05 & 12/13/05 submitted by TIFFANY SODANO.
            The court is unable to process the enclosed
            document(s) for the reason(s) indicated below:
            THE DECL SUBMITTED ARE NOT SIGNED. (2) THE
            MANDATORY FORM REQUEST FOR DEFAULT/CT JUDGMT
            WERE NOT DATED AS HIGHLIGHTED ON THE FORM (3
            locations) AND ITEM #5 HAS NOT BEEN COMPLETED.
            (3) YOUR DOCS ARE NOT PREPARED FOR FILING (there
            are loose documents and items marked as exhibits
            unattached) AS REQUIRED BY CRC 201(e)(2)) PLEASE
            STAPLE YOUR DOCS AS YOU WANT THEM PRESENTED FOR
            FILING with exhibits attached if there are any.
            (4) THE JUDGMT IS INCORRECT AT LINE #1e (REMOVE
            AN "x" CAN ONLY BE ONE MARK)(5) THE PREVIOUS
            FILED DOCS ARE NOT REQUIRED UNLESS YOU MARK THEM
            AS EXHIBITS AND ATTACH TO ANOTHER
            DOCUMENT-otherwise not required to return. (6)
            AFFIDAVIT OF LOST SUMMONS IS INCOMPLETE AS
            HIGHTLIGHTED (7) DECL OF LOST SUMMONS SHOWS
            MARKINGS AT a & b (Can only be one) and #8 is
            not completed. (8) DISMISSAL FOR DOES 2-10 WAS
            NOT INCLUDED (CRC 388) (9) ORIGINAL SUMMONS NOT R
            TURNED TO COURT
            REJECT NOTICE PRINTED
            -------------------------

2/24/06     Request for Dismissal of Does/Roes Complaint of   -
            SODANO

```
   .    .
  9/28/11        Superior Court of California, County of Riverside
                          Register of Actions                        Page:    6
                        www.riverside.courts.ca.gov
```
--------------------------------------------------------------------------------
```
Case Number :    RIC426403
Case Type ...: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
```
================================================================================
```
             -------------------------
  2/27/06   Declaration of Lost Summons after Service on the     -
            Complaint of Complaint of SODANO filed.
            -------------------------
  3/01/06   Declaration of Lost Summons after Service on the     -
            Complaint of Complaint of SODANO filed.
            -------------------------
            MTN OF CONTINUANCE AND DECL RE LOST SUMMONS Fax       -
            Filed by PRO/PER
            Receipt: 060302-0273            $4.00
            -------------------------
  3/03/06   Order to Show Cause hearing why Dismissal on         Continue
            Complaint of SODANO should not be ordered unless
            Judgment or Dismissal is entered prior to
            12/05/05.
            Dept.: 06    Time :  8:30
            Honorable Commissioner Joan F. Burgess, Presiding
            Clerk: D. Cope
            Court Reporter: K. Smith
            No appearance by: TIFFANY SODANO
            The Court considers the request for continuance
            submitted by Ms. Sodano. The Court orders
            hearing continued to 7/3/06 and states there
            will be no further continuance without a showing
            of good cause.
            Hearing (same) continued to 07/03/06 at  8:30 in
            Dept 06.
            Clerk's Certificate of Mailing re: 3/3/06 Minute
            Order
            Notice sent to TIFFANY  SODANO  on  3/03/06.
            -------------------------
            Motion of Continuance                                 -
            -------------------------
  3/06/06   Rejected Document: DEFAULT/CT JUDGMT PKG RCV'D        -
            3/2/06 submitted by TIFFANY SODANO.
            The court is unable to process the enclosed
            document(s) for the reason(s) indicated below:
            THE PROOF OF SERVICE RE MAILING IS INCOMPLETE AS
            HIGHTED (Proof of mailing address is missing)
            (2) tHE EXHIBITS ARE NOT PREPARED FOR FILING AS
            REQUIRED BY CRC 201(f) OR THEY NEED TO BE
            ATTACHED TO ANOTHER DOCUMENT (3) THE JUDGMT &
            REQUEST FOR JUDGMT FORM DO NOT MATCH (Cannot be
            marked as a Court on one document and a Clerk's
            Judgment on the other) PLEASE REVIEW YOUR DOCS
```

Superior Court of California, County of Riverside
                           www.riverside.courts.ca.gov
-----------------------------------------------------------------------
Case Number :    RIC426403
Case Type ..: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
=======================================================================
            WHERE ERROR ARE HIGHLIGHTED AND RE-SUBMIT WITH A
            SASE.  THANKS (Copy of previous requests to
            correct provided for reference/CRC 201c-f
            previously provided)
            REJECT NOTICE PRINTED
            -------------------------
4/07/06     Rejected Document: DEFAULT/CT JUDGMT PKG RCV'D        -
            4/6/06 submitted by TIFFANY SODANO.
            The court is unable to process the enclosed
            document(s) for the reason(s) indicated below:
            THE MANDATORY FORM IS INCOMPLETE AT LINES #1d
            (Name is missing) and #6b(1) (Date of mailing is
            missing). (2) YOUR EXHIBITS NEED TO BE ATTACHED
            TO THE 2-Page DECL. AND ALL YOUR DOCS NEED TO BE
            2-HOLE PUNCHED (CRC 201e-f)
            REJECT NOTICE PRINTED
            -------------------------
4/27/06     Rejected Document: COURT JUDGMENT PACKET              -
            submitted by TIFFANY SODANO.
            The court is unable to process the enclosed
            document(s) for the reason(s) indicated below:
            PLEASE SEE ORIGINAL REJECTION NOTICE FOR
            CORRECTIONS TO FORMS.  WHY ARE YOU SENDING THE
            ENTIRE FILE?  PLEASE SEND ONLY THE FORMS NEEDED
            FOR THE JUDGMENT.   IT IS RECOMMENDED YOU SEEK
            LEGAL ADVICE BEFORE FILING JUDGMENT PACKAGE.
            REJECT NOTICE PRINTED
            -------------------------
6/06/06     Rejected Document: DEFAULT/CT JUDGMT PKG RCV'D        -
            5/2/06 submitted by TIFFANY SODANO.
            The court is unable to process the enclosed
            document(s) for the reason(s) indicated below:
            THE MANDATORY FORM REQUEST FOR ENTRY OF
            DEFAULT/CT JUDGMT IS INCORRECT AT LINES #1c-d
            (The Deft's name is misspelled as shown on the
            amendment to complaint filed on 6/22/05-copy
            provided for reference). THE REQUEST, JUDGMENT,
            COMPLAINT MUST ALL MATCH EXACTLY AS TO ALL
            NAMES.  At your request a courtsey call was made
            informing your of this Reject). PLEASE RESUBMIT
            TO MY ATTENTION FOR PRIORITY PROCESSING.  THANKS
            REJECT NOTICE PRINTED
            -------------------------
6/13/06     Declaration OF TIFFANY SODANO filed                  -

```
   9/28/11          Superior Court of California, County of Riverside
                              Register of Actions                    Page:     8
                             www.riverside.courts.ca.gov
```
--------------------------------------------------------------------------
```
Case Number :   RIC426403
Case Type ..: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
```
==========================================================================
--------------------------
          EXHIBITS A-E                                        -
          --------------------------
          Request for Entry of COURT Default Judgment         -
          (Default ONLY previously entered)
          --------------------------
  6/15/06  DEFAULT/CT JUDGMT PKG PROCESSED TO LEGAL AS PRIORI -
          --------------------------
  6/26/06  Rejected Document: Default Judgment submitted by   -
          TIFFANY SODANO.
          The court is unable to process the enclosed
          document(s) for the reason(s) indicated below:
          Per the Court:
          The proposed judgment is in excess of the amount
          prayed for in the complaint. We cannot tell from
          documentation how damages were calculated.
          The following hearing is set:
          Hearing re Default Judgment Prove-Up set 07/21/06
          at  9:30 Dept 06
          The Order to Show Cause Hearing currently set for
          7/3/06 is continued to 7/21/06, 9:30 a.m.
          Clerk's Certificate of Mailing re: 6/26/06 Minute
          Order
          Notice sent to TIFFANY  SODANO  on  6/26/06.
          --------------------------
  7/03/06  Order to Show Cause hearing why Dismissal on      Continue
          Complaint of SODANO should not be ordered unless
          Judgment or Dismissal is entered prior to
          12/05/05.
          Dept.: 06     Time :  8:30
          Hearing (same) continued to 07/21/06 at  9:30 in
          Dept 06.
          pursuant to 6/26/06 Minute Order
          --------------------------
  7/21/06  Hearing Re Default Judgment Prove-Up              Continue
          Dept.: 06     Time :  9:30
          Honorable Commissioner Joan F. Burgess, Presiding
          Clerk: D. Cope
          Court Reporter: T. N. Fehlman
          TIFFANY SODANO present-Pro Per
          The Court states service is not proper. After
          further discussion the Court grants leave to
          amend.
          Leave to Amend Complaint of SODANO Granted, With
          30 Days Leave to Amend
```

Superior Court of California, County of Riverside
9/28/11                   Register of Actions                    Page:    9
www.riverside.courts.ca.gov
----------------------------------------------------------------------------
Case Number :   RIC426403
Case Type ...: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
============================================================================

Plaintiff is to file amended complaint, serve
defendant(s) and file proof of service.
Plaintiff is to submit further points &
authorities as stated by the Court.
Hearing re OSC - Set Aside Default for Improper
Service set 10/20/06 at  9:30 Dept 06
Hearing (same) continued to 10/20/06 at  9:30 in
Dept 06.
Clerk's Certificate of Mailing re: 7/21/06 Minute
Order
Notice sent to TIFFANY  SODANO  on  7/24/06.
-------------------------
Order to Show Cause hearing why Dismissal on          Complete
Complaint of SODANO should not be ordered unless
Judgment or Dismissal is entered prior to
12/05/05.
Dept.: 06    Time :  9:30
See previous minute order for orders made this
date.
-------------------------
9/01/06    Hearing Re Request for Entry of Default.          Complete
Dept.: 06    Time :  8:30
Honorable Commissioner Joan F. Burgess, Presiding
Clerk: G. Reyes
Court Reporter: None
Court has read and considered Proof of Service of
Summons for Entry of Default.
Proof of Service Ordered Filed.
On Court's Own Motion: Vacate Entry of Default
filed 09/13/05.
Set Aside Default Entered on the Complaint of
SODANO as to CHASE MANHATTEN BANK USA, N.A.  .  0
days to answer
New personal service served to defendant on
08/04/06.
Plaintiff to wait 30 days after 08/04/06 and
re-submit the Entry of Default and Court
Judgment.
Notice to be given by the Clerk.
Clerk's Certificate of Mailing re: Minute order
of 09/01/06.
Notice sent to TIFFANY  SODANO  on  9/01/06.
-------------------------
Proof of Service of of Entry of Default is filed.  -

9/28/11                Superior Court of California, County of Riverside
                              Register of Actions                          Page:    10
                            www.riverside.courts.ca.gov
----------------------------------------------------------------------------
Case Number :   RIC426403
Case Type ..: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
============================================================================
            --------------------------
            Rejected Document: Entry of Default and Default     -
            Judgment submitted by TIFFANY SODANO.
            The court is unable to process the enclosed
            document(s) for the reason(s) indicated below:
            Documents are premature. Plaintiff to re-submit
            documentss 30 days after 08/04/06.
            Page 2 is missing from the Entry of Default.
            REJECT NOTICE PRINTED
            --------------------------
  9/14/06   SUMMARY OF LAW                                       -
            --------------------------
            Request for Entry of Default ONLY on the            -
            Complaint of SODANO as to CHASE MANHATTEN BANK
            USA, N.A.   .
            --------------------------
 10/20/06   Hearing Re OSC - Set Aside Default for Improper    Vacated
            Service
            Dept.: 06    Time :  9:30
            Hearing Vacated - COURT ORDERED ON 09/01/06.
            --------------------------
            Hearing Re Default Judgment Prove-Up               Judgment
            Dept.: 06    Time :  9:30
            Counsel Stipulate to Commissioner Joan F. Burgess.
            Clerk: G. Reyes
            Court Reporter: A. Schoonover
            TIFFANY SODANO present-Pro Per
            No appearance by: CHASE MANHATTEN BANK USA, N.A.

            10:35
            The following are sworn and examined: Tiffany
            Sodano.
            Request for Court Judgment is Ordered Filed.
            Judgment for  TIFFANY SODANO.
            $8,283.84 Principal, $1,000.00 damages, $1,359.56
            interest, $412.00 costs, $0.00 attorney fees,
            Total Judgment $11,055.40
            Court orders the defendant to remove all negtive
            credit reporting as to Tiffany Sodona by either
            defendant or Bank One Card Services.
            Judgment signed in court.
            --------------------------
            Request for Court Judgment filed by Plaintiff.      -
            --------------------------

```
  9/28/11         Superior Court of California, County of Riverside
                             Register of Actions                    Page:   11
                            www.riverside.courts.ca.gov
```
----------------------------------------------------------------------
```
Case Number :   RIC426403
Case Type ..:   RIVERSIDE CIVIL
Category ...:   Contract
Case Status :   Dispo'ed
Jurisdiction:   RIVERSIDE
```
======================================================================

|  |  |  |
|---|---|---|
| | Judgment on the Complaint of SODANO Filed | - |
| 7/13/07 | Copies made | - |
| | Receipt: 070716-0229        $50.50 | |
| | Copies made | - |
| | Receipt: 071002-0557        $20.00 | |
| 4/10/09 | Rejected Document: WRIT OF EXECUTION; $15.00 (CK | - |
| | 22149) submitted by TIFFANY SODANO. | |
| | The court is unable to process the enclosed | |
| | document(s) for the reason(s) indicated below: | |
| | Incomplete form. (See where checked in red) | |
| | INCORRECT TOTAL JUDGMENT ENTERED. PLEASE CORRECT | |
| | ALL & RESUBMIT. | |
| | REJECT NOTICE PRINTED | |
| 6/05/09 | Rejected Document: WRIT OF EXECUTION; $15.00 (CK | - |
| | 22149) submitted by TIFFANY SODANO. | |
| | The court is unable to process the enclosed | |
| | document(s) for the reason(s) indicated below: | |
| | ACCRUED INTEREST NOT CALCULATED PROPERLY. ALSO, | |
| | COMPLETED MANDATORY JUDICIAL COUNCIL FORM (FORM | |
| | MC-012) REQUIRED TO SUPPORT AMOUNT ENTERED ON | |
| | LINE #16 . PLEASE DETERMINE CORRECT DAILY | |
| | INTEREST RATE & RESUBMIT WITH CORRECTIONS. | |
| | REJECT NOTICE PRINTED | |
| 9/16/09 | Rejected Document: WRIT OF EXECUTION submitted by | - |
| | TIFFANY SODANO. | |
| | The court is unable to process the enclosed | |
| | document(s) for the reason(s) indicated below: | |
| | ON AUGUST 3,2009 THE FEE WENT UP TO $25.00. | |
| | PLEASE PROVIDE A MEMORANDUM OF COSTS TO SUPPORT | |
| | THE COSTS AND INTEREST AFTER JUDGMENT. | |
| | FORM IS INCOMPLETE.(SEE WHERE CHECK IN RED) | |
| | REJECT NOTICE PRINTED | |
| | CHECK#22537 RETURNED | |
| 11/19/09 | Rejected Document: WRIT OF EXECUTION submitted by | - |
| | TIFFANY SODANO. | |
| | The court is unable to process the enclosed | |
| | document(s) for the reason(s) indicated below: | |
| | PLEASE DO NOT USE WHITE OUT, ALSO DAILY INTEREST | |
| | M UST BE AN AMOUNT COMPLETE ALL NEW FORMS | |

9/28/11          Superior Court of California, County of Riverside          Page:    12
                           Register of Actions
                           www.riverside.courts.ca.gov
------------------------------------------------------------------------
Case Number :   RIC426403
Case Type ..: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
========================================================================
            REJECT NOTICE PRINTED
            -------------------------
12/03/09    Rejected Document: MEMORANDUM OF COSTS submitted    -
            by TIFFANY SODANO.
            The court is unable to process the enclosed
            document(s) for the reason(s) indicated below:
            MEMORANDUM OF COSTS IS NOT SIGNED AND A
            PRO PER CAN NOT MAIL A COPY TO DEFENDANTS IT
            HAS TO BE SOMEONE THAT IS NOT INVOLVED WITH THE
            CASE AND WHO IS OVER THE AGE OF 18
            PLEASE CORRECT AND RESUBMIT
            REJECT NOTICE PRINTED
            -------------------------
12/14/09    Memorandum of Credits of $0.00.                     -
            -------------------------
            --And Accrued Interest of $3,490.00 and Costs       -
            after Judgment in the sum of $577.00 filed.
            -------------------------
12/29/09    Writ of Execution Issued; Riverside County          Not
            Receipt: 091229-0010          $25.00
            -------------------------
 1/07/10    Writ of EXECUTION Returned as to Riverside          -
            County; UNSATISFIED filed.
            -------------------------
 1/12/10    Rejected Document: WRIT OF EXECUTION submitted by    -
            TIFFANY SODANO.
            The court is unable to process the enclosed
            document(s) for the reason(s) indicated below:
            WRIT OF EXECUTION IS INCOMPLETE. LINE 17 OF WRIT
            IS INCOMPLETE. NEED MEMORANDUM OF COSTS AFTER
            JUDGMENT. RETURNING MONEY ORDER IN AMOUNT OF
            $25.00.
            REJECT NOTICE PRINTED
            -------------------------
 2/02/10    Writ of Execution Issued; Riverside County          Not
            Receipt: 100202-0197          $25.00
            -------------------------
            Memorandum of Credits of $0.00.                     -
            -------------------------
            --And Accrued Interest of $3,490.00 and Costs       -
            after Judgment in the sum of $577.00 filed.
            -------------------------
 4/12/10    Rejected Document: DECLARATION submitted by         -
            TIFFANY SODANO.

Superior Court of California, County of Riverside
9/28/11                    Register of Actions                    Page:    13
                        www.riverside.courts.ca.gov
------------------------------------------------------------------------
Case Number :   RIC426403
Case Type ..: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
========================================================================

             The court is unable to process the enclosed
             document(s) for the reason(s) indicated below:
             THE DECLARATION WE RECEIVED WAS NOT SIGNED BY THE
             PLAINTIFF. ALSO, THERE NEEDS TO BE AN ORDER
             ATTACHED, ALONG WITH THE NEW WRIT TO BE ISSUED.
                 PLEASE RESUBMIT WITH CORRECTINOS MADE.
             REJECT NOTICE PRINTED
             -------------------------
 5/24/10     Memorandum of Credits of $0.00.                        -
             -------------------------
             --And Accrued Interest of $3,823.90 and Costs          -
             after Judgment in the sum of $767.00 filed.
             -------------------------
 6/09/10     Rejected Document: WRIT submitted by TIFFANY           -
             SODANO.
             The court is unable to process the enclosed
             document(s) for the reason(s) indicated below:
             THERE WAS WRIT ISSUED FOR RIVERSIDE ON 2/2/10.
             THE ORIGINAL WRIT NEEDS TO BE RETURNED OR MUST
             WAIT 6 MONTHS FOR THE WRIT TO EXPIRE.
             REJECT NOTICE PRINTED
             -------------------------
 6/21/10     Writ of EXECUTION Returned as to Riverside             -
             County; UNSATISFIED filed.
             -------------------------
 7/02/10     Writ of Execution Issued; Riverside County             -
             Receipt: 100702-0219          $25.00
             -------------------------
 9/07/10     Paper Records Destroyed/Digitally Archived. Paper      -
             documents/file destroyed in accordance with
             Administrative Policy/Records Management
             A.10.400.1, Paper Records Retention and
             Destruction Schedule.
             -------------------------
 9/28/11     Rejected Document: LETTER LETTER RE DEFAULT            -
             JUDGMENT submitted by TIFFANY SODANO.
             The court is unable to process the enclosed
             document(s) for the reason(s) indicated below:
             PLEASE NOTE THAT A LETTER IS NOT A FILEABLE
             DOCUMENT WITH THE COURT. A CASE PRINT IS PROVIDED
             FOR YOUR USE. THE CASE PRINT SHOWS THE CASE
             HISTORY INDICATING MINUTES AND RULINGS. IF YOU
             WISH TO MAKE A REQUEST YOU MAY SUBMIT A
             DECLARATION AND ORDER WITH A $20.00 FILING FEE.

```
 .    .  -
  . ) ,       Superior Court of California, County of Riverside
  9/28/11              Register of Actions                    Page:    14
                     www.riverside.courts.ca.gov
```
------------------------------------------------------------------------
```
Case Number :   RIC426403
Case Type ..: RIVERSIDE CIVIL
Category ...: Contract
Case Status : Dispo'ed
Jurisdiction: RIVERSIDE
```
========================================================================
                  DOCUMENTS MUST BE SUBMITTED ON PLEADING PAPER
                  AND IN PROPER LEGAL FORMAT. PLEASE FIND JUDICIAL
                  COUNCIL FORM MC-030 AND INFORMATION FOR FREE OR
                  LOW COST LEGAL HELP ATTACHED FOR YOUR USE.
                  REJECT NOTICE PRINTED

                     **** END OF CASE PRINT ****

LAW OFFICES OF

# STEVEN H. BLOCK, P.C.

501 YORK ROAD
TOWSON, MD 21204
(410) 296-8822
TeleFax (410) 321-7340

Attorney at Law

**STEVEN H. BLOCK**

*Administrative:*
SANDRA M. ALLMAN, Assistant / Office Manager
KATHLEEN C. FITZGERALD, Accoun's Coordinator

April 24, 2007

J.P. Morgan Chase
Attn: James Dimon, Chairman & CEO
270 Park Avenue
New York, NY   10017-2070

Re:   Tiffany Sodano

Dear Mr. Dimon,

I have been contacted by Ms. Tiffany Sodano to enforce a
Judgment she secured against Chase Manhattan Bank USA, NA in the
sum of $11,055.40 and interest (in the Superior Court of
California County of Riverside, copy enclosed).

The case arose when a courtesy check sent to Ms. Sodano was
stolen and forged.  She advised Chase and co-operated with your
investigation as well as with the police.

She was advised that the monies she paid in on her minimum
payments of interest and late fees while the investigation was
conducted would be returned to her.  In addition, she was
promised that all negative credit reports would be corrected.

This was not done and she was required to proceed with this
Judgment.

Prior to my executing upon assets, I write to you to afford
you an opportunity to pay the Judgment voluntarily and restore
Ms. Sodano's credit rating.

I look forward to your immediate resolution of this matter.

Very truly yours,

Steven H. Block

SHB:sma

cc: Tiffany Sodano

DAVID C. BARCLAY
JOHN S. SIMCOX
CHAD KING
___
KAREN M. CRABTREE
JENNIFER L. CRESWELL
OF COUNSEL

(410) 266-0610 (ANNAPOLIS)
(410) 841-2665 (BALTIMORE)
(301) 261-8070 (WASHINGTON)
(410) 266-0813 (FAX)
JSSDCB@SIMCOXANDBARCLAY.COM

October 17, 2007

*Exhibit K*

Steven H. Block, Esquire
Law Offices of Steven H. Block, P.C.
501 York Road
Towson, Maryland 21204

Re:  *Sodano v. Chase Manhattan Bank USA, NA*
      Our File No:  702.17

Dear Mr. Block:

Thank you for your call earlier today inquiring about whether Chase Bank USA, N.A. (the "Bank") would be willing to settle the above captioned lawsuit. Please be advised that the Bank offers to settle on the following basis:

1. The Bank asserts that Ms. Sodano, as of July 2007, owed the Bank $14,188.20 on the credit card account at issue.

2. Ms. Sodano asserts that she has a default judgment in the amount of $11,055.40.

3. If Ms. Sodano pays to the Bank, no later than October 31, 2007, the sum of $10,000.00 by cashier's check and dismisses, with prejudice, the underlying action in California, and agrees not to appeal the vacation by the District Court of Maryland for Montgomery County of the recordation of the California default judgment in Maryland, then the Bank will agree to:

   a. forgive the remainder of the $14,188.20 (plus whatever additional amounts have accrued since July 2007) that Ms. Sodano owes to the Bank under the credit card account at issue, and

     b.  request the credit rating agencies to remove from Ms. Sodano's credit history any reference to her delinquency on the credit card account at issue.

Please advise us no later than October 24, 2007, whether your client is prepared to accept the Bank's settlement offer.

Sincerely,

John S. Simcox

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):*

Tiffany Sodano
1620 Mielke Ave. #324
Woodland, CA 95776

TELEPHONE NO.: 707-816-72454    FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* In Pro Per

☐ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

FOR COURT USE ONLY
JUN 2 1 2010

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS: 4050 Main St.
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, CA 92502
BRANCH NAME:

PLAINTIFF: Tiffany Sodano

DEFENDANT: Chase Manhattan Bank, USA, NA
dba JP Morgan Chase, dba Chase Bank

| | | CASE NUMBER: |
|---|---|---|
| **WRIT OF** | ☒ EXECUTION (Money Judgment)<br>☒ POSSESSION OF   ☒ Personal Property<br>                   ☐ Real Property<br>☐ SALE | RIC 426403 |

1. **To the Sheriff or Marshal of the County of:** Riverside
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Tiffany Sodano
   is the ☒ judgment creditor ☐ assignee of record whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name and last known address):*

   Chase Manhattan Bank, USA, NA
   dba JP Morgan Chase, dba Chase
   Bank
   306 N. McKinley St.
   Corona, CA 92879-6610

   ☐ Additional judgment debtors on next page
5. **Judgment entered on** *(date):*
   October 20, 2006
6. ☐ **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested *(see next page).*
8. ☐ Joint debtor information on next page.

9. ☐ See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total judgment ......................................... $ 11,055.40
12. Costs after judgment (per filed order or memo CCP 685.090) .................. $ 767
13. Subtotal *(add 11 and 12)* ................... $ 11,822.40
14. Credits ................................................. $
15. Subtotal *(subtract 14 from 13)* ............ $ 11,822.40
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) .. $ 3,823.90
17. Fee for issuance of writ ...................... $ 25
18. Total *(add 15, 16, and 17)* .................. $ 15,670.30
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of ............... $
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ................. $
20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Issued on *(date):* JUL 02 2010

Clerk, by R. ESPINOZA , Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>EJ-130 [Rev. January 1, 2006]<br>Martin Dean's ESSENTIAL FORMS™

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,<br>Government Code, § 6103.5<br>www.courtinfo.ca.gov

Sodano, Tiffany

| PLAINTIFF: Tiffany Sodano | CASE NUMBER: |
|---|---|
| DEFENDANT: Chase Manhattan Bank, USA, NA | RIC 426403 |

**-Items continued from page 1-**

21. ☐ **Additional judgment debtor** *(name and last known address)* :

22. ☐ **Notice of sale** has been requested by *(name and address)* :

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989-994)
    a.  on *(date)* :                          a.  on *(date)* :
    b.  name and address of joint debtor:           b.  name and address of joint debtor:

    c. ☐ additional costs against certain joint debtors *(itemize)* :

24. ☒ *(Writ of Possession* or *Writ of Sale)*   **Judgment** was entered for the following:
    a. ☐ Possession of real property: The complaint was filed on *(date)* :
         *(Check (1) or (2)):*
         (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
              The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
         (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
             (a) $               was the daily rental value on the date the complaint was filed.
             (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
                dates *(specify)* :
    b. ☒ Possession of personal property.
       ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
    c. ☐ Sale of personal property.
    d. ☐ Sale of real property.
    e. Description of property:
    "Till Tap"

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
▶ *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

---

Martin Dean's
ESSENTIAL FORMS™

Sodano, Tiffany

Average time to complete: 10 minutes

# Identity Theft Victims' Complaint and Affidavit

A voluntary form for filing a report with law enforcement and disputes with credit reporting agencies and creditors about identity theft
-related problems. Visit ftc.gov/idtheft to use a secure online version of this form that you can print for your records.

**Before completing this form:**

1. Place a fraud alert on your credit reports, and review the reports for signs of fraud.

2. Close the accounts that you know, or believe, have been tampered with or opened fraudulently.

## About You *(the victim)*

**Now**

(1) My full legal name: _____tiffany_____ _____Ann_____ _____sodano_____ _____
　　　　　　　　　　　　　First　　　　　　Middle　　　　　Last　　　　　Suffix

(2) My date of birth: _____
　　　　　　　　　　　　mm/dd/yyyy

(3) My Social Security Number: _____

(4) My driver's license: _____ _____
　　　　　　　　　　　　　State　　　　　　　Number

(5) My current street address:

　　_____1620 Miekle Ave_____　　　　　　　　_____324_____
　　　　Number & Street Name　　　　　　　Apartment, Suite, etc.

　　_____Woodland_____　_____CA_____　_____95776_____　_____USA_____
　　　　City　　　　　　　State　　　　Zip Code　　　　Country

(6) I have lived at this address since: _____10/25/2008_____
　　　　　　　　　　　　　　　　　　　　mm/dd/yyyy

(7) My daytime telephone number: ( ) _____

My evening telephone number: _____(707)8167245_____

My email address: _____tiffny_sodano@yahoo.com_____

<table>
<tr><td>Leave (3) blank until you provide this form to someone with a legitimate business need, like when you are filing your report at the police station or sending the form to a credit reporting agency to correct your credit report.</td></tr>
</table>

### At the Time of the Fraud

(8) My full legal name was: _____Tiffany_____ _____Ann_____ _____Sodano_____ _____
　　　　　　　　　　　　　　First　　　　　Middle　　　　　Last　　　　　Suffix

(9) My address was: _____2110 Almeria St_____　　　　_____103_____
　　　　　　　　　　　　Number & Street Name　　　　Apartment, Suite, etc.

　　_____Corona_____　_____CA_____　_____92879_____　_____USA_____
　　　　City　　　　　　State　　　　Zip Code　　　　Country

(10) My daytime phone: _____(951)8580834_____　　My evening phone: _____(951)2791530_____

My email: _____tdodano02@sprint.com_____

<table>
<tr><td>Skip (8)-(10) if your information has not changed since the fraud.</td></tr>
</table>

The Paperwork Reduction Act requires us to display a valid control number (in this case, OMB control #3084-0047) before we can collect - or sponsor the collection of - your information, or require you to provide it.

## About You (the victim) (Continued)

### Declarations

(11)   I ☐ did OR ☒ did not        authorize anyone to use my name or personal information to obtain money, credit, loans, goods, or services - or for any other purpose - as described in this report.

(12)   I ☐ did OR ☒ did not        receive any money, goods, services, or other benefit as a result of the events describes in this report.

(13)   I ☒ am OR ☐ am not        willing to work with law enforcement if charges are brought against the person(s) who committed the fraud.

## About the Fraud

### Who

(14)   I believe the following person(s) used my information or identification documents to open new accounts, use my existing accounts, or commit other fraud.

> (14):
> Enter what you know about anyone you believe was involved (even if you don't have complete information).

(A)
Name:  ____Tim____ _____ ____McCullary____ _____
        First          Middle              Last              Suffix

Address:  _____ _____ _____ _____
                   Number & Street Name              Apartment, Suite, etc.

____Corona____ ____CA____ ____92879____ ____USA____
        City          State       Zip Code         Country

Phone Numbers:   (     )  _____

Additional information about this person:   Relationship: Friend/Neighbor/In-home Employee
All valuables items were upstairs in a bedroom locked in a box inside the closet. Mr. Mccullary was house sitting for us while we were attending to contracting issues. Keeping an eye on contractors were also in and out of the house.

Method of Obtainment: Other (describe in comment field)

(B)

| | First | Middle | | Last | Suffix | (14) and (15): Attach additional sheets as needed. |
|---|---|---|---|---|---|---|
| Name: | | | | | | |
| Address: | | | | | | |
| | Number & Street Name | | | Apartment, Suite, etc. | | |

| City | State | Zip Code | Country |
|---|---|---|---|

Phone Numbers: _____ ( )  _____     _____ ( ) _____

Additional information about this person: _____

_____

_____

_____

(15)  *Additional Information about the crime (for example, how the identity thief gained access to your information or which documents or information were used):*

Every card effected by unauthorized charges written against my account, was removed and my balance credited. Kim Dunlap verbally conveyed to myself and Steven Block, that if i filed a police report and gave all the names of persons who may have been in the house that day, that she would reverse all the charges. I did what she asked and she refused to reverse the unauthorized amounts. Also, i was hit with interest, fees and penalties on that fraudulent amount. Bank One took over a year and a half to finalize my dispute. I sued them in civil court and won a judgment to refund me all monies in questions and also, interest,fees, expenses, and costs directly connected to this case. Chase is trying to avoid paying the judgement is refusing to accept both their affidavit and the police report that was filed. Chase has not bothered to investigate the findings in this matter. Without proper legal grounds, Chase has filed a suit against me for moneies that I already reported to authorities as fraudulent charges when they occurred.  Chase needs to be sued for civil damages as a result of their improper and malicious business conduct and for violation of the federal codes for FCRA, OCC, FDCA, FTC, etc

## Documentation

(16)   I can verify my identity with these documents:

☑ A valid government-issued photo identification card (for example, my driver's license, state-issued ID card, or my passport).

*If you are under 16 and don't have a photo-ID, a copy of your birth certificate or a copy of your official school record showing your enrollment and legal address is acceptable.*

☑ Proof of residency during the time the disputed charges occurred, the loan was made, or the other event took place (for example, a copy of a rental/lease agreement in my name, a utility bill, or an insurance bill.)

(16): Reminder: Attach copies of your identity documents when sending this form to creditors and credit reporting agencies.

## About the Information or Accounts

(17) The following personal information (like my name, address, Social Security number, or date of birth) in my credit report is inaccurate as a result of this identity theft:

(A) _____

(B) _____

(C) _____

(18) Credit inquires from these companies appear on my credit report as a result of this identity theft:

Company Name: First Usa/Bank One Card Services _____

Company Name: Chase/Bank One Card Services _____

Company Name: Chase Bank USA, Chase Manhattan Bank USA, na _____

(19) Below are details about the different frauds committed using my personal information.

| Chase/Bank One Card services | Kim Dunlap | (800) 6777101 | |
|---|---|---|---|
| Name of Institution | Contact Person | Phone | Extension |

| Account Number | Routing Number | Affected Check Number(s) |
|---|---|---|

Account Type: ☒ Credit ☐ Bank ☐ Phone/Utilities ☐ Loan

☐ Government Benefits ☐ Other

Select ONE:

☐ This account was opened fraudulently.

☒ This was an existing account that someone tampered with.

| 9/3/2003 | | $5800.00 |
|---|---|---|
| Date Opened or Misused (mm/dd/yyyy) | Date Discovered (mm/dd/yyyy) | Amount Obtained ($) |

(19):
If there were more than three frauds, copy this page blank, and attach as many additional copies as necessary.

Enter any applicable information that you have, even if it is incomplete or an estimate.

If the thief committed two types of fraud at one company, list the company twice, giving information about the two frauds separately.

Contact Person: Someone an investigator or officer can call about this fraud.

Account Number: This could be the number on your credit card or debt card, bank account, loan, mortgage, insurance policy, or other number.

Amount Obtained: For instance, the amount purchased with your card or withdrawn from your account.

## Law Enforcement Report

(20)  One way to get a credit reporting agency to quickly block identity theft-related
      information from appearing on your credit report is to submit a detailed law
      enforcement report ("Identity Theft Report"). You can obtain an Identity Theft
      Report by taking this form to your local law enforcement office, along with your
      supporting documentation. Ask an officer to witness your signature and
      complete the rest of the information in this section. It's important to get your
      report number, whether or not you are able to file in person or get a copy of the
      official law enforcement report. Attach a copy of any confirmation letter or official
      law enforcement report you receive when sending this form to credit reporting
      agencies.

Select ONE:

☐  I have not filed a law enforcement report.

☐  I was unable to file a law enforcement report.

☐  I filed an automated report with the law enforcement agency listed
   below.

☑  I filed my report in person with the law enforcement officer and agency
   listed below

> **(20):**
> Check "I have not..." if you
> have not yet filed a report
> with law enforcement or
> you have chosen not to.
> Check "I was unable..." if
> you tried to file a report
> but law enforcement
> refused to take it.
>
> Automated Report:
> A law enforcement report
> filed through an
> automated system, for
> example, by telephone,
> mail, or the internet,
> instead of a face-to-face
> interview with a law
> enforcement officer.

City of Corona
_____
Law Enforcement Department

California
_____
State

03-11238
_____
Report Number

9-03-2003
_____
Filing Date (mm/dd/yy)

V. Espaeza
_____
Officer's Name (please print)

( ON actual Report )
_____
Officer's Signature

11681
_____
Badge Number

9517362330
_____
Phone Number

Did the victim receive a copy of the report from the law enforcement officer?     ☑ Yes OR  ☐ No

Victim's FTC complaint number (if available): _____ 31157837 _____

## Signature

**As applicable, sign and date IN THE PRESENCE OF a law enforcement officer, a notary, or a witness.**

(21)  I certify that, to the best of my knowledge and belief, all of the information on and attached to this complaint is true, correct, and complete and made in good faith. I understand that this complaint or the information it contains will be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fradulent statement or representation to the government may violate federal, state, or local criminal statues, and may result in a fine, imprisonment, or both.

Signature                                                     6/20/2011

                                                              Date Signed (mm/dd/yyyy)

## Your Affidavit

(22)  If you do not choose to file a report with law enforcement, you may use this form as an Identity Theft Affidavit

to prove to each of the companies where the thief misused your information that you are not responsible for the fraud. While many companies accept this affidavit, others require that you submit different forms. Check with each company to see if it accepts this form. You should also check to see if it requires notarization. If so, sign in the presence of a notary. If it does not, please have one witness (non-relative) sign that you completed and signed this Affidavit.

Veronica Mendoza
(Notary)

**Witness:**

(signature)

        6/21/11
(date)

**Please see attached page for Acknowledgement/Jurat**

Rhema Flores
(printed name)

(630) 668-0265
(telephone number)

# ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Yolo__ } SS.

On __June 21, 2011__, before me, __Veronica Mendoza__, Notary Public,
DATE

personally appeared __Tiffany Ann Sodano__, who proved to me on the

basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

VERONICA MENDOZA
Commission # 1839535
Notary Public - California
Yolo County
My Comm. Expires MAR. 6, 2013

__Veronica Mendoza__
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

════ **OPTIONAL INFORMATION** ════

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

☐ INDIVIDUAL
☐ CORPORATE OFFICER _____
☐ PARTNER(S)  TITLE(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

_____

**SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____

**DESCRIPTION OF ATTACHED DOCUMENT**
Identity Theft Victims' Complaint
and Affidavit
TITLE OR TYPE OF DOCUMENT

7
NUMBER OF PAGES

_____
DATE OF DOCUMENT

_____
OTHER

RIGHT
THUMBPRINT
OF
SIGNER

Top of thumbprint here

## CORONA POLICE DEPARTMENT

THIS IS A ...RUE AND CERTIFIED POLICE DEPT. COPY.

849 WEST SIXTH STREET
P.O. BOX 940
CORONA, CALIFORNIA 91718-0090
CA0331500

DATE: 10·20·03

CR # 03-11238

2003 SEP -3 PM 7:

DO NOT REPRODUCE OR RELEASE TO ANYONE

o Supplemental

| | | | |
|---|---|---|---|
| ☒ No Suspect | o Injuries | o No Prosecution Desired | CR # 03-11238 |
| o Arrest | o Property/Evidence | o Telephone Report | |
| o Suspect | o Additional Person/Vehicle | o Desk Report | Related Report (s) |
| o Unk. Suspect | ☒ Narrative | o Courtesy Report | |

**CASE SUMMARY**

| Primary Code Section/Description | BCS Code(s) | Counts |
|---|---|---|
| Other Code Sections/Description | BCS Code(s) | Counts |
| Supplemental Code   o Modify  o New  ☒ Same  o Add | BCSCode(s) | Counts |

Location
2110 ALMERIA ST. # 103, CORONA, CA.

Business Name  O Victim    O NA

| Occurrence on/between Date/Time 09-03-03   Date/Time | Reported Date/Time 09-03-03 / 1325 |
|---|---|

| Case Status | If Cleared - Code | Officer Injured? ☒No o Yes # | Officer Killed? ☒No o Yes # |
|---|---|---|---|

VM = victim   RP = reporting party / informant   WT = Wit   OT = other   SU = Suspect

| VM 01 | Name (L,F,M) SODANO, TIFFANY, ANN | D.O.B 06-13-67 | Occupation SKIN CARE |
|---|---|---|---|

| Residence Address 2110 ALMERIA ST. # 103, | City CORONA, CA. | Zip | Res. Phone ( ) 279-1530 |
|---|---|---|---|

Business  ☒ Same as Residential    City    Zip    Bus. Phone (858) 858-2584

| | Name (L,F,M) | D.O.B. | Occupation |
|---|---|---|---|
| | Residence Address | City | Zip | Res. Phone ( ) |
| | Business  O  Same as Residential | City | Zip | Bus. Phone ( ) |

| SU# | Sex | Race | Age | Hair | Eyes | Height | Weight | Clothing | Additional Info |
|---|---|---|---|---|---|---|---|---|---|
| SU# | Sex | Race | Age | Hair | Eyes | Height | Weight | Clothing | Additional Info |

**Vehicle Description**   O Victims Veh   O Suspects Veh

| License | State | Year | Make | Model | Body Style | Color | Vin | |
|---|---|---|---|---|---|---|---|---|
| O Unique Characteristics | | | | O Description of Damage | | O NA | | |

### Summary/Narrative:

1. ON LISTED DATE AND TIME WHILE ASSIGNED TO DESK DUTY, VM-01 SODANO CALLED

2. TO REPORT SOME ADDITIONAL PROPERTY SHE DISCOVERED AS STOLEN FROM

3. THE ORIGINAL LISTED INITIAL REPORT TAKEN BY OFFICER R. WILSON.

4. SODANO STATED TWO CALIFORNIA I.D'S IN HER NAME LISTED ON ⟶

| Property Loss o No ☒ Yes / Value $ 10.00 | Property Damage ☒ No o Yes / Describe | |
|---|---|---|
| Officer ID #/ Name 11681 / V. ESPARZA | Reviewed  ID #/ Name | Entry |
| CPD Form # INITSUP | Copies: o DET  o TRAF  o PROP  o OFCR o DA  o DOJ  o Crime Prev  o Other | Routed By: | Page 1 of 3 |

| Premises | Point of Entry | Prop. Taken | Evidence | Victim Rel/Susp |
|---|---|---|---|---|

**Premises**  Q 1

Business
1. Bank Sav. Loan / Finance/Cred Union
2. Bar
3. Cleaners/Laundry
4. Construction Site
5. Theater
6. Fast Foods
7. Gas Station
8. Hotel/Motel
9. Dept/Disc Store
10. Drug/Pharm Store
11. Gun/Sport Store
12. Jewelry Store
13. Liquor Store
14. Photo Stand
15. Convenience Store
16. Tire Store
17. Restaurant
18. Supermarket
19. Video/TV/Radio
20. Auto Parts
21. Bicycle Store
22. Clothing Store
23. Hardware
24. Medical
25. Office Building
26. Shoe Store
27. Warehouse
28. Entertainment
29. Storage Facility
30. Other

Residence
31. Apartment
32. Condo/Townhouse
33. Duplex/Fourplex
34. Garage Attached
35. Garage Detached
36. House
37. Mobile Home
38. Retirement Home
39. Other

Public
40. Church
41. Hospital
42. Park/Playground
43. Public Building
44. School
45. Shopping Center
46. Street/Hwy/Fwy
47. Other

**Point of Entry**  Q 2

1. Front
2. Rear
3. Side
4. North
5. South
6. East
7. West
8. Window
9. Door
10. Sliding Glass Door
11. Basement
12. Roof
13. Floor
14. Wall
15. Duct/Vent
16. Garage
17. Adj. Building
18. Ground Level
19. Upper Level
20. Other

**Method Of Entry**  Q 3

1. No Force Used
2. Attempt Only
3. Bodily Force
4. Bolt Cut/Pliers
5. Chan Lock/Pliers Wrench/Vice Grips
6. Saw/Drill/Burn
7. Screwdriver
8. Tire Iron
9. Unk Pry Bar
10. Coat Hanger/Wire Slim Jim
11. Key Slip/Shim
12. Punch
13. Remove Louvers
14. Window Smashed
15. Brick/Rock
16. Hid in Building
17. Lock Box
18. Unlock Door/Window
19. Other

**Vehicle Entry**  Q 4

1. Door/Lock Forced
2. Conv/T-Top Forced
3. Trunk Forced
4. Window Broken
5. Window Forced
6. Window Open
7. Unlocked
8. Other

**Prop. Taken**  Q 5

1. Cash.Notes
2. Jewlry/Metals
3. Clothing/Furs
4. Office Equip.
5. TV/Cam/Stereo
6. Firearms
7. Household Goods
8. Consumer Goods
9. Livestock
10. Misc.
11. Car Radio/Spkers
12. Narcotics/Drugs
13. Tools
14. Other

**Phys. Security**  Q 6

1. Audible Alarm
2. Silent Alarm
3. Security Patrol
4. Dog
5. Standard Locks
6. Auxiliary Locks
7. Deadbolts/Windows
8. Windows Bars/Grill
9. Outside Lights On
10. Inside Lights On
11. Garage Door Lock
12. Obscured Int View
13. Comm/Business
14. Security Signs
15. Other

**Burglary Only**

Is Victim Member of Neighborhood Watch?
☐ Yes   ☐ No

Interested in Neighborhood Watch?
☐ Yes   ☐ No

Had Home/Business Inspection?
☐ Yes   ☐ No

Interested in Inspection?
☐ Yes   ☐ No

**Evidence**  Q 7

1. Blood
2. Bullet Casings
3. Clothes
4. Fingerprints
5. Footprints
6. Hair
7. Other Prints
8. Paint
9. Photographs
10. Rape Kit
11. Semen
12. Stains
13. Tools
14. Tool Marks
15. Vehicle
16. Weapon (s)
17. Urine
18. Breath
19. Other

**Solvability Factors**  Q 8

1. Will Not Prosecute
2. There is a Witness
3. Suspect Arrested
4. Suspect Named
5. Suspect Described
6. Suspect Can Be ID'd
7. Susp Can Be Found
8. Susp Veh Can Be ID'd
9. Identifiable 496
10. Good Physical Evid
11. Major Inj/Sex Crime
12. Significant MO
13. Witness needs Cont.
14. ID Called Out
15. Inf contacted
16. Neighbors Checked

**Victim Rel/Susp**  Q 9

1. Husband
2. Wife
3. Mother
4. Father
5. Daughter
6. Son
7. Brother
8. Sister
9. Other Family Member
10. Aquaintance
11. Friend
12. Boyfriend
13. Girlfriend
14. Neighbor
15. Business Associate
16. Stranger
17. Other

**Victim Physical Condition**  Q 10

1. Under Influence
2. Sick/Injured
3. Senior Citizen
4. Blind
5. Handicapped
6. Deaf
7. Mute
8. Mentally Impaired
9. Other

**Vehicle Type**  Q 11

1. Passenger Car
2. Motorcycle/Moped
3. Pickup Truck
4. Trailer
5. Truck
6. Van
7. Camper
8. Motorhome
9. Other

(Narrative Cont.) PROPERTY SHEET OF REPORT, WAS TAKEN FROM A FILE CABINETT LOCATED IN THE COMPUTER ROOM OF VICTIMS RESIDENCE. REFER TO PROPERTY SHEET FOR DETAILS OF PROPERTY TAKEN. NFD.

Page 2 of 3

# ═══ Corona Police Department ═══

☑ ORIGINAL LOSS  ☐ SUPPT'L LOSS  ☐ LOST PROPERTY

| VICTIM: SODANO, TIFFANY, ANN | | SUSPECT'S UNKNOWN | | | |
|---|---|---|---|---|---|
| **ITEM#:** 01 | **QUANTITY:** 01 | **LOCATION FOUND:** TAKEN FROM FILE CABINET INSIDE THE COMPUTER ROOM OF VICTIMS RESIDENCE | | **TYPE:** S | **CATEGORY:** D |
| **SERIAL#:** N/A | | **BRAND** N/A | **MODEL:** N/A | **CAL:** N/A | **COLOR:** WHITE/BLUE |
| **DESCRIPTION:** 1 CA. ID WITH VICTIMS CURRENT ADDRESS BEARING I.D# C5756568.  VALUE: 10.00 | | | | | |
| **ITEM#:** 02 | **QUANTITY:** 01 | **LOCATION FOUND:** SAME AS ABOVE | | **TYPE:** S | **CATEGORY:** D. |
| **SERIAL#:** N/A | | **BRAND** N/A | **MODEL:** N/A | **CAL:** N/A | **COLOR:** WHITE/BLUE |
| **DESCRIPTION:** 1 CA ID WITH VICTIMS OLD ADDRESS BEARING ID# C5756568  VALUE: 0 | | | | | |
| **ITEM#:** | **QUANTITY:** | **LOCATION FOUND:** | | **TYPE:** | **CATEGORY:** |
| **SERIAL#:** | | **BRAND** | **MODEL:** | **CAL:** | **COLOR:** |
| **DESCRIPTION:**  VALUE: | | | | | |
| **ITEM#:** | **QUANTITY:** | **LOCATION FOUND:** | | **TYPE:** | **CATEGORY:** |
| **SERIAL#:** | | **BRAND** | **MODEL:** | **CAL:** | **COLOR:** |
| **DESCRIPTION:**  VALUE: | | | | | |
| **ITEM#:** | **QUANTITY:** | **LOCATION FOUND:** | | **TYPE:** | **CATEGORY:** |
| **SERIAL#:** | | **BRAND** | **MODEL:** | **CAL:** | **COLOR:** |
| **DESCRIPTION:**  VALUE: | | | | | |
| **ITEM#:** | **QUANTITY:** | **LOCATION FOUND:** | | **TYPE:** | **CATEGORY:** |
| **SERIAL#:** | | **BRAND** | **MODEL:** | **CAL:** | **COLOR:** |
| **DESCRIPTION:**  VALUE: | | | | | |
| **ITEM#:** | **QUANTITY:** | **LOCATION FOUND:** | | **TYPE:** | **CATEGORY:** |
| **SERIAL#:** | | **BRAND** | **MODEL:** | **CAL:** | **COLOR:** |
| **DESCRIPTION:**  VALUE: | | | | | |

| TYPE | CATAGORY | | | |
|---|---|---|---|---|
| E = Evidence | A = Automotive | CL = Clothing | LS = Livestock | PH = Photo/Photo Lineups |
| F = Found | AM = Ammunition | D = Documents/Checks | M = Musical Instruments | R = Radio/Telev/Sound |
| R = Recovered | AP = Auto Parts/Access | E = Equipment/Tools | ME = Medication | RS = Rifles/Shotguns |
| S = Stolen | AW = Automatic Weapons | H = Household Appliances | MI = Miscellaneous | S = Sporting Equipment |
| SR= Stolen/Recovered | B = Bicycles | HA = Handguns | N = Narcotic Drugs | T = Tools/Machinery |
| SK= Safekeeping | BL = Bladed Weapons | IW = Illegal Weapons | O = Office Equipment | V = Vessels |
| | BUT= Blood/Urine/Trace | L = Liquor | P = Personal Access/Jewelry | X = Money/Securities |
| | | LP = Latent Prints | PA = Paraphernalia | |

CPD020-017(REV.5/92)

1. How did the forger/unauthorized signer get possession of your items? _House remodling = 3/4 occasions_ _People were in and out of my house. All items in computer room were compan_

2. Have you ever authorized anyone on your behalf, either orally or in writing, to sign endorse or alter said item(s)? _no_

3. When did you first become aware that the forger/unauthorized item(s) were paid on your account and what action(s) did you take, if any? _End of July - Recewed statements_

4. If checks are involved, did you: N/A
   Have the checkbook on the date the item was written?  ☐ Yes ☐ No
   On the date forgery was discovered?  ☐ Yes ☐ No
   Is the checkbook in your possession now?  ☐ Yes ☐ No

5. Have you reported the stolen/forged/unauthorized item(s) to the police?  ☒ Yes ☐ No
   If yes, list the name of the law enforcement agency: _Corona Police-c_ Case Number: _03-11233_

6. Have you reported these items to your insurance company?  ☐ Yes ☒ No
   If yes, list the name, address and phone number of your insurance agency: ☛ _

7. Please list all checks missing or unaccounted for if not already listed on the reverse and/or any addendum: _2.1.05 - old q Rev_ _? copies of Passport ☒ For Name Change purposes_

8. State all circumstances surrounding the theft, loss, or unauthorized use of your items: _

9. Do you know or suspect any person(s) who may have committed the theft/unauthorized use?  ☒ Yes ☐ No
   If yes, who? _Home Depot / Air duct Cleaners / western Carpet / Tim McCaley_
   Provide that person's residence address: _Not sure_
   Has this person(s) previously signed your name on any checks or other items?  ☐ Yes ☒ No
   If yes, describe the circumstances and when: _

10. Have you ever employed the suspected forger/unauthorized signer?  ☐ Yes ☒ No
    If yes, who are they and how can they be reached? _

    What were the employee's responsibilities concerning the check(s) or other item(s)? _

11. Are you aware of any other pertinent information not included in this document?  ☒ Yes ☐ No
    If yes, describe what it is: _Had access to account #5 - credit cares- to Atm' cards- to checks - In File Cabinets/And Boxes in our House - Had to search to Find_

12. Has this or a similar situation happened to you before?  ☐ Yes ☒ No
    If yes, describe what happened and any suspects involved: _

13. Have you received reimbursement from any source?  ☒ Yes ☐ No
    If yes, provide details: _Wells Fargo For Stole Check cashed against aecbunt/Visa_ _embuicate ☒ stile each checks/activity = Accts have been closed_

I swear under penalty of perjury under the laws of this state that the foregoing is true and correct. This declaration has been sworn before a notary public as certified on reverse.

Claimant's Signature                                      Date _09-05-03_

THIS IS A ... POLICE DEPT. COPY.
CERTIFIED ...
DATE: 10-20-03
TO: Tiffany Sodano
BY: ...
CORONA POLICE DEPT.
DO NOT REPRODUCE OR RELEASE
☒ Initial

# CORONA POLICE DEPARTMENT

849 WEST. SIXTH STREET
P.O. BOX 940
CORONA, CALIFORNIA 91718-0090
CA0331500

**Supplemental** ☒ ONE

| ☒ No Suspect<br>☐ Arrest<br>☐ Suspect<br>☐ Unknown Suspect | ☐ Injury<br>☒ Property/ Evidence<br>☐ Additional Person/ Vehicle<br>☒ Narrative | ☐ Victim Advised of Rights<br>Under Penal Code 293(a)<br>(Sexual Assault) | CR#<br>**03-11238**<br>Related Reports |
|---|---|---|---|

<table>
<tr><td rowspan="8">CASE SUMMARY</td><td colspan="3">Primary Code Section/ Description:<br>470 (d) P.C. - Forgery</td><td>BCS Code(s)<br>100/03</td><td>Counts<br>04</td></tr>
<tr><td colspan="3">Other Code Section/ Description:</td><td>BCS Code(s)</td><td>Counts</td></tr>
<tr><td colspan="3">Supplemental Code   ☐ Modify ☐ New ☐ Same ☐ Add</td><td>BCS Code(s)</td><td>Counts</td></tr>
<tr><td colspan="3">Location: 2110 Almeria St #103</td><td colspan="2">Business Name ☐ Victim ☐ N/A</td></tr>
<tr><td colspan="2">Occurrence on/ between<br>Date/ Time April 2003        Date/ Time July 2003</td><td colspan="3">Reported:<br>Date/ Time 082203 / 1908</td></tr>
<tr><td>Case Status: ⌐</td><td>If Cleared - Code: ∠</td><td>Officer Injured?<br>☒ No ☐ Yes</td><td colspan="2">Officer Killed?<br>☒ No ☐ Yes</td></tr>
</table>

| VM = Victim | RP= Reporting Party | WT = Witness | OT = Other | SU = Suspect |
|---|---|---|---|---|

| VM01 | Name (L, F, M)<br>Sodano, Tiffany Ann | | D.O.B.<br>061367 | Occupation<br>Unemployed |
|---|---|---|---|---|
| | Residence Address<br>2110 Almeria St #103 | City<br>Corona | Zip<br>92879 | Residence Phone #<br>(909) 279-1530 |
| | Business Address ☐ Same as Residential   City<br>N/A | | Zip | Business Phone #<br>(   ) N/A |
| | Name (L, F, M) | | D.O.B. | Occupation |
| | Residence Address | City | Zip | Residence Phone #<br>(   ) |
| | Business Address ☐ Same as Residential   City | | Zip | Business Phone #<br>(   ) |

| SU# | Sex | Race | Age | Hair | Eyes | Height | Weight | Clothing | Additional Info |
|---|---|---|---|---|---|---|---|---|---|
| SU# | Sex | Race | Age | Hair | Eyes | Height | Weight | Clothing | Additional Info |

| | Vehicle Description | | | ☐ Victim Vehicle | | ☒ Suspect Vehicle | | |
|---|---|---|---|---|---|---|---|---|
| License | State | Year | Make | Model | Body Style | Color | Vin | |

☐ Unique Characteristics   ☐ Description of Damage   ☐ N/A

**Summary/ Narrative:**
1. Unknown suspect(s) enter victim's office and take an unknown number of credit card checks from her files.

2. Suspect(s) then cash three of the checks for a total amount of $10,300.00. Suspect(s) attempt to cash a fourth

3. check, but was unsuccessful.

4.

| Property Loss<br>☐ No ☒ Yes Value   $10300.00 | Property Damage<br>☒ No ☐ Yes/ Describe: |
|---|---|
| Officer ID#/ Name<br>**Wilson, R / #001665** | Reviewed ID#/ Name<br>10368 / PAUL LCZEAKS   8/25 | Entry<br>Clets/ NCIC |

| CPD Form#<br>INITSUP | Copies: ☒ Det ☐ TRAF ☐ Prop ☐ Officer: ____<br>☐ DA ☐ PD ☐ DOJ ☐ Crime Pre ☐ Other: ____ | Routed By: | Page: 1 of 2 |
|---|---|---|---|

| Premises | Point of Entry | Prop. Taken | Evidence | Victim/ Rel/ Susp |
|---|---|---|---|---|

**Premises — Q1 / Business**
- ☐ 1. Bank/ Sav Loan Finance/ Cred Union
- ☐ 2. Bar
- ☐ 3. Cleaners/ Laundry
- ☐ 4. Construction Site
- ☐ 5. Theater
- ☐ 6. Fast Foods
- ☐ 7. Gas Station
- ☐ 8. Hotel/Motel
- ☐ 9. Dept/ Disc Store
- ☐ 10. Drug/ Pharm Store
- ☐ 11. Gun/ Sport Store
- ☐ 12. Jewelry Store
- ☐ 13. Liquor Store
- ☐ 14. Photo Stand
- ☐ 15. Convenience Store
- ☐ 16. Tire Store
- ☐ 17. Restaurant
- ☐ 18. Supermarket
- ☐ 19. Video/ TV/ Radio
- ☐ 20. Auto Parts
- ☐ 21. Bicycle Parts
- ☐ 22. Clothing Store
- ☐ 23. Hardware
- ☐ 24. Medical
- ☐ 25. Office Building
- ☐ 26. Shoe Store
- ☐ 27. Warehouse
- ☐ 28. Entertainment
- ☐ 29. Storage Facility
- ☐ 30. Other

**Residence**
- ☐ 31. Apartment
- ☒ 32. Condo/ Townhouse
- ☐ 33. Duplex/ Four-Plex
- ☐ 34. Garage (Attached)
- ☐ 35. Garage (Detached)
- ☐ 36. House
- ☐ 37. Mobile Home
- ☐ 38. Retirement Home
- ☐ 39. Other

**Public**
- ☐ 40. Church
- ☐ 41. Hospital
- ☐ 42. Park/ Playground
- ☐ 43. Public Building
- ☐ 44. School
- ☐ 45. Shopping Center
- ☐ 46. Street. Hwy/ Fwy
- ☐ 47. Other

**Point of Entry — Q2**
- ☐ 1. Front
- ☐ 2. Rear
- ☐ 3. Side
- ☐ 4. North
- ☒ 5. South
- ☐ 6. East
- ☐ 7. West
- ☐ 8. Window
- ☐ 9. Door
- ☐ 10. Sliding Glass Door
- ☐ 11. Basement
- ☐ 12. Roof
- ☐ 13. Floor
- ☐ 14. Wall
- ☐ 15. Duct/ Vent
- ☐ 16. Garage
- ☐ 17. Adj. Building
- ☐ 18. Ground Level
- ☐ 19. Upper Level
- ☐ 20. Other

**Method of Entry — Q3**
- ☒ 1. No Force Used
- ☐ 2. Attempt Only
- ☐ 3. Bodily Force
- ☐ 4. Bolt Cut/ Pliers
- ☐ 5. Chan Lock/ Pliers Wrench/ Vice Grip
- ☐ 6. Saw/ Drill/ Burn
- ☐ 7. Screwdriver
- ☐ 8. Tire Iron
- ☐ 9. Unk Pry Bar
- ☐ 10. Coat Hanger/ Wire
- ☐ 11. Key Slip/ Shim
- ☐ 12. Punch
- ☐ 13. Remove Lovers
- ☐ 14. Window Smash
- ☐ 15. Brick/ Rock
- ☐ 16. Hid In Building
- ☐ 17. Lock Box
- ☐ 18. Unlock Door/ Wind
- ☐ 19. Other

**Vehicle Entry — Q4**
- ☐ 1. Door/ Lock Forced
- ☐ 2. Con/ T-Top Forced
- ☐ 3. Trunk Forced
- ☐ 4. Window Broken
- ☐ 5. Window Forced
- ☐ 6. Window Open
- ☐ 7. Unlocked
- ☐ 8. Other

**Prop. Taken — Q5**
- ☒ 1. Cash/ Notes
- ☐ 2. Jewelry/ Metals
- ☐ 3. Clothing/ Furs
- ☐ 4. Office Equip.
- ☐ 5. TV/ Cam/ Stereo
- ☐ 6. Firearms
- ☐ 7. Household Goods
- ☐ 8. Consumer Goods
- ☐ 9. Livestock
- ☐ 10. Misc.
- ☐ 11. Car Radio/ Spkers
- ☐ 12. Narcotics/ Drugs
- ☐ 13. Tools
- ☐ 14. Other

**Phys. Security — Q6**
- ☐ 1. Audible Alarm
- ☐ 2. Silent Alarm
- ☐ 3. Security Patrol
- ☐ 4. Dog
- ☒ 5. Standard Locks
- ☐ 6. Auxiliary Locks
- ☐ 7. Deadbolts/ Window
- ☐ 8. Window Bars/ Grill
- ☐ 9. Outside Lights On
- ☐ 10. Inside Lights On
- ☐ 11. Garage Door Lock
- ☐ 12. Obscured Int View
- ☐ 13. Comm/ Business
- ☐ 14. Security Signs
- ☐ 15. Other

**Assault Factors**
- ☐ 1. Firearm
- ☐ 2. Knife/Cutting / Instrument
- ☐ 3. Club/Stick/Tool
- ☐ 4. Hands/Fists/Feet
- ☐ 5. Internal/Injuries
- ☐ 6. Stitches Required
- ☐ 7. Broken Bones
- ☐ 8. Minor Cuts/Bruises

**Evidence — Q7**
- ☐ 1. Blood
- ☐ 2. Bullet Casings
- ☐ 3. Clothes
- ☐ 4. Fingerprints
- ☐ 5. Footprints
- ☐ 6. Hair
- ☐ 7. Other Prints
- ☐ 8. Paint
- ☐ 9. Photographs
- ☐ 10. Rape Kit
- ☐ 11. Semen
- ☐ 12. Stains
- ☐ 13. Tools
- ☐ 14. Tool Marks
- ☐ 15. Vehicle
- ☐ 16. Weapon (s)
- ☐ 17. Urine
- ☐ 18. Breath
- ☒ 19. Other

**Solvability Factors — Q8**
- ☐ 1. Will Not Prosecute
- ☐ 2. There is a Witness
- ☐ 3. Suspect Arrested
- ☐ 4. Suspect Named
- ☐ 5. Suspect Described
- ☐ 6. Suspect Can Be ID'd
- ☐ 7. Susp Can be Found
- ☐ 8. Susp Veh Can Be ID'd
- ☐ 9. Identifiable/496
- ☐ 10. Good Physical Evid
- ☐ 11. Major Inj/Sex Crime
- ☐ 12. Significant MO
- ☐ 13. Witness/ Needs Cont.
- ☐ 14. ID Called Out
- ☐ 15. Inf Contacted
- ☐ 16. Neighbors Checked

**Victim/ Rel/ Susp — Q9**
- ☐ 1. Husband
- ☐ 2. Wife
- ☐ 3. Mother
- ☐ 4. Father
- ☐ 5. Daughter
- ☐ 6. Son
- ☐ 7. Brother
- ☐ 8. Sister
- ☐ 9. Other Family Member
- ☐ 10. Acquaintance
- ☐ 11. Friend
- ☐ 12. Boyfriend
- ☐ 13. Girlfriend
- ☐ 14. Neighbor
- ☐ 15. Business Associate
- ☒ 16. Stranger
- ☐ 17. Other

**Victim Physical Condition — Q10**
- ☐ 1. Under Influence
- ☐ 2. Sick/ Injured
- ☐ 3. Senior Citizen
- ☐ 4. Blind
- ☐ 5. Handicapped
- ☐ 6. Deaf
- ☐ 7. Mute
- ☐ 8. Mentally Impaired
- ☐ 9. Other

**Vehicle Type — Q11**
- ☐ 1. Passenger Car
- ☐ 2. Motorcycle/ Moped
- ☐ 3. Pickup Truck
- ☐ 4. Trailer
- ☐ 5. Truck
- ☐ 6. Van
- ☐ 7. Camper
- ☐ 8. Motor Home
- ☐ 9. Other

**(Narrative Cont.)**

1   **DETAILS:**
2
3   On 082203 at approx. 1908 hours, I responded to 2110 Almeria St #103, Corona
4   reference a past forgery. Upon arrival, I contacted (VM01) Tiffany Sodano who
5   told me the following.
6
7   Sodano said that approx. 2 weeks prior, she received a letter from Washington
8   Mutual Bank in Corona stating that someone had attempted to cash one of her
9   First U.S.A. Visa Credit Card Checks on 080803 in the amount of $380.00. The
10  check was expired, which caused it to be rejected by the bank. Sodano said she
11  called the Washington Mutual Bank and was told they had no suspect
12  information on the subject. Sodano called First U.S.A. Visa and was told that the
13  check was rejected because they wouldn't approve it since the check had
14  expired. Sodano asked for copies of her statements for the account (4246 3119
15  0990 6403) which arrived sometime later. Sodano said she discovered a
16  $4500.00 check was drawn on her account in April 2003 (unknown date), a
17  $1500.00 check was drawn on 062503, and a $4300.00 check was drawn in July
18  2003 (unknown date). Sodano said she lost the statements and no longer has
19  documentation available. Sodano said she did not write the checks and did not
20  give anyone permission to write checks on her account.
21
22  Sodano called Wells Fargo on 081603 and discovered that a check had been
23  written on her Wells Fargo MasterCard account (5474 6490 0025 6313) in the
24  amount of $2500.00 on 062003. Sodano said she did not give anyone
25  permission to write the check on her account, and she did not know who may be
26  responsible.
27
28  Sodano said she took a while to discover the missing funds because she doesn't
29  keep close track of her money, and the funds were drawn on a business credit
30  accounts in which large amounts of money routinely flow through. Sodano said
31  that over the past 6 months, she has been doing a lot of work on her house and a
32  large unknown number of workers have had unsupervised access to her house
33  during that time. Sodano said she believes one of those workers is responsible,
34  but she does not have any information on them. Sodano said the two banks are
35  going to credit her for the missing funds, and she wanted a report for
36  documentation purposes only. Sodano said she wants prosecution if the
37  responsible party is found.
38
39  N.F.D.
40
41
42  **DISPO:** Open.

# CORONA POLICE DEPARTMENT

# PROPERTY LOG

SW [ ]　　　[ ] Destroy　　　[X] Evidence in Crime　　　[ ] Safekeeping　　　[ ] Found Property

| CR # 03-11238 | Officer (ID #/Name) R. WILSON / 001665 | Crime |
|---|---|---|
| Date/Time 082503/0140 | Victim TIFFANY SODANO | 470(d) Pc |
| Suspect UNKNOWN | | |

| Item# | Quan. | Type | Cat. | Color | Description |
|---|---|---|---|---|---|
| | 1 | E | D | — | FORGED CHECK AND PHOTO |
| Brand | | Model | | Cal. | COPY OF STATEMENT |
| Serial # | | | | | |

Location found  2110 Almeria St #103, CORONA　　　E.D.P. [ ]

| Item# | Quan. | Type | Cat. | Color | Description |
|---|---|---|---|---|---|
| | | | | | |
| Brand | | Model | | Cal. | |
| Serial # | | | | | |

Location found　　　E.D.P. [ ]

| Item# | Quan. | Type | Cat. | Color | Description |
|---|---|---|---|---|---|
| | | | | | |
| Brand | | Model | | Cal. | |
| Serial # | | | | | |

Location found　　　E.D.P. [ ]

| Item# | Quan. | Type | Cat. | Color | Description |
|---|---|---|---|---|---|
| | | | | | |
| Brand | | Model | | Cal. | |
| Serial # | | | | | |

Location found　　　E.D.P. [ ]

| TYPE | CATEGORY | | | |
|---|---|---|---|---|
| E = Evidence | A = Automotive | CL = Clothing | LS = Livestock | PH = Photo/Photo Lineups |
| F = Found | AM = Ammunition | D = Documents/Checks | M = Musical Instruments | R = Radio/Telev/Sound |
| R = Recovered | AP = Auto Parts/Access | E = Equipment/Tools | ME = Medications | RS = Rifles/Shotguns |
| S = Stolen | AW = Automatic Weapons | H = Household Appliances | MI = Miscellaneous | S = Sporting Equipment |
| SR = Stolen/Recovered | B = Bicycles | HA = Handguns | N = Narcotic Drugs | T = Tools/Machinery |
| SK = Safekeeping | BW = Bladed Weapons | IW = Illegal Weapons | O = Office Equipment | V = Vessels |
| | BUT = Blood/Urine/Trace | L = Liquor | P = Personal Access/Jewelry | X = Money/Securities |
| | | LP = Latent Prints | PA = Paraphernalia | |

**PROPERTY RELEASE AND WAIVER:** The undersigned hereby acknowledges to have received from the Corona Police Department the property indicated, and hereby release the Corona Police Department of any further responsibility of said property as of this date and time and certify that I am the owner or entitled to the immediately possession thereof.

| Item # | Released to: Name and Address | C.D.L. | D.O.B. | Date | Released by |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CPD020-017 (Rev. 02/01)　　　Page 4 of 7

1   **CASE NAME:**    **Tiffany Sodano**

2   **ACTION NO.:**

3            **PROOF OF SERVICE BY FIRST CLASS MAIL**

4   1. I am over 18 years of age and not a party to this action and a Citizen of the United States.

5   2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105-1667.

6   3. On February 10, 2012 I mailed from San Francisco, County of San Francisco, California the following documents:

7

8       **NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA; and**

9

10       **CIVIL COVER SHEET**

11   4. I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid at the address listed in Paragraph 2 above.

12

13

14   5. The envelope was addressed and mailed as follows (or as specified in the attachment hereto):

15       Tiffany Sodano and Jason Sodano

16       1620 Miekle Avenue, #324
        Woodland, CA 95776

17       Phone: (707) 816-7245; (951) 838-8034

18

19       I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

20   Date:  February 1?, 2012

21

22   _Tiffany Sodano_
    Type Name                 Signature

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco